COPY

1  JOHN G. CONNOLLY, ESQ. [SBN 115550]
2  ALAN H. FINKEL, ESQ. [SBN 93763]
   CONNOLLY & FINKEL LLP
3  601 S. FIGUEROA STREET, SUITE 2610
   LOS ANGELES, CA 90017
   TELEPHONE: (213) 452-6500
4  FACSIMILE:  (213) 622-2171

5  ATTORNEYS FOR PLAINTIFF
   THE NORTH FACE APPAREL CORP.
6  AND VF OUTDOOR, INC.



FILED
CLERK, U.S. DISTRICT COURT

JUL - 3 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                      DEPUTY

7

8

9                UNITED STATES DISTRICT COURT

10              CENTRAL DISTRICT OF CALIFORNIA

11

12  THE NORTH FACE APPAREL        CV13- No.  4821 MMM (MANx)
13  CORP., and VF OUTDOOR, INC.

14           Plaintiffs,           PLAINTIFFS' COMPLAINT FOR:

15  v.                             (1)  TRADEMARK
                                        COUNTERFEITING;
16
    EYAL ALLEN DAHAN,             (2)  TRADEMARK
17  Individually and d/b/a CAVALIER,      INFRINGEMENT
    CAVALIER SPORTSWEAR,
18  CAVALIER APPAREL, CAVALIER    (3)  FALSE DESIGNATION OF
    CLOSEOUTS, and LE CAVALIER         ORIGIN AND FALSE
19  JEANS & SPORTSWEAR;               ADVERTISING; AND
    CAVALIER SPORTSWEAR, INC., a
20  California corporation; CAVALIER  (4)  TRADEMARK DILUTION
    CLOSEOUTS, INC., a California        BY TARNISHMENT
21  corporation, d/b/a CAVALIER, INC.,
22  CAVALIER SPORTS, INC.,
    CAVALIER APPAREL, INC.; DOES   DEMAND FOR JURY TRIAL
23  1-10, inclusive,

24

25           Defendants.

26

27

28

                              -1-

Plaintiffs The North Face Apparel Corporation ("TAC") and VF Outdoor, Inc. ("VF Outdoor") (TAC and VF Outdoor being referred to collectively herein as "Plaintiffs" or "The North Face"), by and through their undersigned counsel, complain against Defendant Eyal Allen Dahan, individually and doing business as Cavalier, Cavalier Sportswear, Cavalier Apparel, Cavalier Closeouts, and/or Le Cavalier Jeans & Sportswear; Defendant Cavalier Sportswear, Inc., a California business corporation; Defendant Cavalier Closeouts, Inc., a California business corporation, also doing business as Cavalier, Inc., Cavalier Sports, Inc., and Cavalier Apparel, Inc.; and Does 1-10, Individuals (all of the foregoing being referred to collectively herein as "Defendants") as follows:

## NATURE OF THE ACTION

1.     This is an action for trademark infringement, trademark counterfeiting, trademark dilution, and false designation of origin and unfair competition under the Lanham Act (15 U.S.C. §1051 *et seq*.). Plaintiffs are the owners of trademark and other intellectual property rights associated with their The North Face® Brand. As set forth more fully herein, Defendants have engaged in the trafficking of counterfeit goods in violation of federal law, damaging Plaintiffs and damaging the value of Plaintiffs' trademark rights.

## THE PARTIES

2.     Plaintiff TAC is a corporation duly organized and existing under the laws of the State of Delaware, with a corporate address of 3411 Silverside Road, Wilmington, Delaware 19810.    TAC, through its affiliates and licensees, manufactures, markets, distributes, and sells various types of outdoor apparel, outerwear, equipment, and accessories, including fleece jackets and other products for which it is known worldwide.

3.     Plaintiff VF Outdoor is a corporation duly organized and existing under the laws of the State of Delaware, with a corporate address of 2701 Harbor Bay Parkway, Alameda, California 94502, and doing business in California and

throughout the United States.     In conjunction with TAC, VF Outdoor manufactures, markets, distributes, and sells various types of outdoor apparel, outerwear, equipment, and accessories, including fleece jackets and other products for which it is known worldwide.

4.     Upon information and belief, Defendant Eyal Allen Dahan ("Allen Dahan") is a citizen of California, residing at 109 North La Jolla Avenue, Los Angeles, California 90048 and with a place of business at 431 East 16th Street, Los Angeles, CA 90015, who is and has been doing business in his individual capacity, and/or under the assumed name of, in concert with, or as the owner, manager or agent of, *inter alia*, Cavalier, Cavalier Sportswear, Cavalier Apparel, Cavalier Closeouts, and Le Cavalier Jeans & Sportswear.  Allen Dahan is individually liable for the infringing activities described herein.

5.     Upon information and belief, Cavalier Sportswear, Inc. is a California corporation with its principal place of business at 431 East 16th Street, Los Angeles, California, 90015, and having the following agent for service of process listed in the records of the California Secretary of State:  Eyal Dahan, 109 North La Jolla Avenue, Los Angeles, California 90048.  Upon information and belief, Cavalier Sportswear, Inc. is engaged in, *inter alia*, the manufacture, import and sale for profit of various types of name-brand apparel at significantly discounted prices.

6.     Upon information and belief, Cavalier Closeouts, Inc. is a California corporation with its principal place of business at 431 East 16th Street, Los Angeles, California, 90015, and having the following agent for service of process listed in the records of the California Secretary of State: Allen Eyal Dahan, 431 East 16th Street, Los Angeles, California, 90015.  Upon information and belief, Cavalier Closeouts, Inc., also doing business as Cavalier, Inc., Cavalier Sports, Inc., and Cavalier Apparel, Inc., is engaged in, *inter alia*, the manufacture, import

and sale for profit of various types of name-brand apparel at wholesale or significantly discounted prices.

7.     Upon information and belief, Defendants Allen Dahan, Cavalier Sportswear, Inc., and Cavalier Closeouts, Inc. are engaged in business together with each other and with and under the fictitious names of Cavalier, Cavalier Sportswear, Cavalier Apparel, Cavalier Closeouts, and Le Cavalier Jeans & Sportswear, all of such named defendants and associated fictitious names being referred to herein collectively as the "Defendants." Each of Defendants are jointly and severally liable for the tortious and infringing conduct alleged herein.

8.     Upon information and belief, Allen Dahan is an owner, manager, principal, agent and/or officer of one or more of the Defendants, and personally aided, abetted, participated in, authorized and/or had the ability and right to supervise, direct, and control the tortious and infringing activities of the Defendants that are alleged herein.

9.     Upon information and belief, Defendants have filed or have caused to be filed with the County Clerk of the County of Los Angeles documents entitled Fictitious Name Statements, which show that Defendants are and have been operating businesses under the fictitious names of Cavalier, Inc., Cavalier Sports, Inc., and Cavalier Apparel, Inc. True and correct copies of the Fictitious Name Statements filed by or on behalf of Defendants are attached hereto as **Exhibit A**.

10.     Upon information and belief, and based on documents and information previously provided to Plaintiffs by Allen Dahan, the counterfeit goods at issue in this action were purportedly procured by Allen Dahan's brother for resale and distribution by Defendants. True and correct copies of Defendants' purported purchase records of the Infringing Products are attached hereto as **Exhibit B**.

11.     Upon information and belief, Defendants Does 1 through 20 are individuals or entities involved or engaged in the wrongdoing alleged herein.

12. Plaintiffs are unaware of the names and true capacities of the Defendants named herein as Does 1 through 20, whether individual, corporate and/or partnership entities, and therefore sues them by their fictitious names. Plaintiffs will seek leave to amend this Complaint as the names and true capacities of the Doe Defendants are determined.

## JURISDICTION AND VENUE

13. This action arises under the Lanham Act, Title 15 of the U.S. Code, Section 1051 *et seq.*, and jurisdiction over the parties and subject matter of this action is proper in this Court pursuant to 15 U.S.C. §1121 (actions arising under the Lanham Act), 28 U.S.C. §1331 (actions arising under the laws of the United States), and 28 U.S.C. §1338 (actions arising under an Act of Congress relating to trademarks).

14. This Court has personal jurisdiction over Defendants because Defendants have purposefully directed their unlawful and damaging commercial activity into the State of California and into this judicial district, and because Defendants unlawful commercial activity in this judicial district has caused damage to Plaintiffs. This Court has personal jurisdiction over the Defendants under at least 28 U.S.C. §1391(b) and (c) in that, upon information and belief, Defendants are domiciled in and are residents of this judicial district, and have purposefully availed themselves of the laws of this jurisdiction. As alleged more fully herein, Defendants have offered for sale and have sold counterfeit products from this jurisdiction for distribution to and resale in stores throughout the United States.

15. The sale, distribution, and shipment of Defendants' Infringing Products have caused damage to Plaintiffs that arises in this district.

16. Pursuant to 28 U.S.C. §1391, the United States District Court for the Central District of California is the appropriate venue for this action, because (1) the claims at issue in this litigation arose in this district as a result of Defendants

purposeful sale of Infringing Products from this judicial district, causing damage and injury to Plaintiffs, their brand, and their valuable intellectual property rights, and (2) because Defendants are subject to personal jurisdiction in this district.

## FACTUAL ALLEGATIONS

### A.   The North Face Trademarks

17.   Since 1968, The North Face has been and continues to be a leading producer of high-quality outdoor apparel, outerwear, recreational equipment, and accessories, including fleece jackets, all of which are exclusively manufactured for Plaintiffs and are advertised, marketed, and sold under a variety of legally-protected trade names, trademarks, trade dresses, and copyrighted design elements, including but not limited to those detailed in this Complaint.

18.   TAC is the owner of the entire right, title and interest in and to, and VF Outdoor is the authorized licensee of, *inter alia*, the following United States Federal Trademark Registrations (hereinafter collectively referred to as the "The North Face Registered Trademarks"):

| Registration Number | Trademark Image | Classes of Goods | Registration Date |
|---|---|---|---|
| Registration No. 983,624 | THE NORTH FACE | Classes 022, 025, and 028 for *inter alia* camping clothing, namely, rainwear, parkas, vests, trousers, shoes, gloves and headgear. | May 14, 1974 |
| Registration No. 2,097,715 | THE NORTH FACE | Classes 018, 020, 022, and 025 for *inter alia* clothing, namely, parkas, vests, jackets, anoraks, pants, ski bibs, gloves, | Sep. 16, 1997 |

| | | | |
|---|---|---|---|
| | | mittens, underwear, hats, headbands, caps, ski suits, gaiters, shorts, shirts and belts. | |
| **Registration No. 3,538,773** |  | Classes 009, 018, 020, 021, 022, 025, and 035 for *inter alia* clothing, namely, shirts, tops, sweatshirts, vests, parkas, anoraks, coats, jackets, wind-resistant jackets, jacket hoods, pullovers, and sweaters; outerwear, namely, shells, ski wear, ski vests, ski jackets, and snowboard wear. | Nov. 25, 2008 |
| **Registration No. 1,030,071** |  | Classes 018, 020, 022, and 025 for *inter alia* camping clothing, namely, rainwear, parkas, vests, trousers, shoes, gloves, headgear and snowshoes. | Jan. 13, 1976 |
| **Registration No. 2,897,197** | NEVER STOP EXPLORING | Classes 018, 020, 022, and 025 for *inter alia* clothing, namely, t-shirts, tops, shorts, sweatshirt, | Oct. 26, 2004 |

| | | | |
|---|---|---|---|
| | | sweaters, pants, jackets, vests, anoraks, ski suits, ski jackets, ski vests, rain jackets, and rain pants, footwear and headwear. | |
| **Registration No. 3,294,604** | THE NORTH FACE | Class 035 for *inter alia* distributorship services in the fields of camping and outdoor gear, books, food, hardware and sports equipment. | Sep. 18, 2007 |

19.     Attached to this complaint as **Exhibit C** are true and correct copies of printouts of Registration Certificates obtained from the United States Patent and Trademark Office ("USPTO") website evidencing the ownership of these trademarks.   The North Face Registered Trademarks are all valid, subsisting, unrevoked, uncancelled and enforceable.

20.     The Registration Certificates attached hereto in Exhibit C constitute prima facie evidence of (i) the validity of The North Face Registered Trademarks and (ii) Plaintiffs' exclusive right to use those marks in connection with the goods identified therein.

21.     Five of the six The North Face Registered Trademarks are incontestable pursuant to 15 U.S.C. §1065.

22.     The registration of The North Face Registered Trademarks provides legal and sufficient notice to Defendants of Plaintiffs' ownership and exclusive rights in those marks.

23.     Plaintiffs' continuous and worldwide use of The North Face Registered Trademarks has enabled Plaintiffs to achieve world-wide celebrity

1  under its trademarks in the outdoor performance apparel, casual apparel, outdoor
2  recreational equipment, and footwear markets.

3      24.   Plaintiffs have expended substantial time, money, and other resources
4  in developing, advertising, and otherwise promoting The North Face Registered
5  Trademarks.  As a result, products bearing The North Face Registered Trademarks
6  are widely recognized and exclusively associated by consumers, the public, and the
7  trade as being high quality products sourced from Plaintiffs, and The North Face
8  Registered Trademarks are inherently distinctive.  Plaintiffs' products have also
9  become among the most popular in the world.

10      25.   The North Face Registered Trademarks have been continuously used
11  since the date of first use and have never been abandoned.

12      26.   Plaintiffs maintain rigorous quality control standards for all of their
13  The North Face® products.  All genuine The North Face® products, including
14  those using The North Face Registered Trademarks, are manufactured, distributed,
15  and sold through a worldwide network of authorized manufacturers, licensees,
16  distributors, and retailers.  Plaintiffs also sell genuine The North Face® products,
17  including their iconic Denali jacket, in corporate-owned retail stores and on the
18  internet at www.thenorthface.com.

19      27.   The North Face Registered Trademarks have been widely promoted,
20  both in the United States and throughout the world, and are among the world's
21  most famous and widely recognized.   Each of The North Face Registered
22  Trademarks qualify as famous marks, as that term is used in 15 U.S.C.
23  §1125(c)(1).  Consumers, potential consumers and other members of the public
24  and outdoor products industry associate Plaintiffs' products with exceptional
25  materials, style, and workmanship, and that Plaintiffs' products originate
26  exclusively with The North Face as a direct result of the fame and goodwill
27  associated with The North Face Registered Trademarks.

28

-9-

28.    The North Face Registered Trademarks are featured prominently in the marketing, advertising, and promotion of Plaintiffs' products.  Hundreds of millions of dollars has been spent in advertising and promoting Plaintiffs' products over the last five years, which prominently feature The North Face Registered Trademarks.  Plaintiffs' products bearing The North Face Registered Trademarks have generated several billions of dollars in sales over the last five years.  The North Face Registered Trademarks are highly distinctive worldwide symbols of product quality that are uniquely associated with Plaintiffs.

**B.    Defendants' Infringing Activities and Unlawful Conduct.**

29.    Upon information and belief, Defendants are engaged in advertising, promoting, importing, distributing, selling, and/or offering for sale products bearing logos and source-identifying indicia and design elements that are studied imitations of, identical to, or substantially indistinguishable from Plaintiffs' genuine products and The North Face Registered Trademarks (referred to herein as the "Infringing Products").

30.    Upon information and belief, Defendants, collectively and through their joint actions involving some or all of the several entities and individuals named herein, as well as as-yet-unnamed Does 1-20, are responsible for the illicit sale of at least 15,966 fleece jackets bearing counterfeit reproductions of The North Face Registered Trademarks.  The suggested retail value of the same quantity of Plaintiffs' genuine merchandise is approximately $2,634,390.00.

31.    Upon information and belief, at some point prior to May of 2012, Defendants obtained at least 15,966 Infringing Products in the form of fleece jackets bearing counterfeit reproductions and spurious designations identical to or substantially indistinguishable from The North Face Registered Trademarks (the "Counterfeit Marks").

32.   Upon information and belief, Defendants are well aware of the extraordinary fame and strength of The North Face® brand, The North Face Registered Trademarks, and the incalculable goodwill associated therewith.

33.   Upon information and belief, at the time Defendants solicited and obtained the Infringing Products, Defendants were aware of the unlawful and counterfeit nature of the Infringing Products, or alternatively Defendants were aware of a high probability of the counterfeit nature of the Infringing Products and Defendants purposefully contrived to avoid learning of such counterfeit nature.

34.   Upon information and belief, each of the Infringing Products contained counterfeit reproductions of one or more of The North Face Registered Trademarks, which appeared on embroidered logos, garment tags, hang tags, and labels.   Specifically, Defendants' Infringing Products incorporate counterfeit designations that are identical to or substantially indistinguishable from each of the five The North Face Registered Trademarks.

35.   Photographic examples of Defendants use of the Counterfeit Marks are displayed in the table below, taken from one of Defendants' Infringing Products purchased at the Hamrick's store location in Winston-Salem, North Carolina:





36.   Defendants proceeded to sell the Infringing Products to several major retailers and distributors with store locations and customers in 26 states.

37.   Defendants sold at least 15,966 Infringing Products at a wholesale cost of between $11.95 and $15.00 per item, resulting in revenue to Defendants of at least $204,963.00.  True and correct copies of invoices of Defendants' sales of Infringing Products to Hamrick's, Inc. ("Hamrick's"), Factory Connection LLC ("Factory Connection"), and Your Call Apparel and Distribution, LLC ("YCAD") are attached hereto as **Exhibit D.**

38.   Between May and August of 2012, Defendants sold approximately 7,711 Infringing Products to Hamrick's at a wholesale cost of between $11.95 and $13.00 per item, for distribution to Hamrick's twenty store locations in North Carolina, South Carolina, Georgia, Tennessee, and Virginia.

39.   Between May and July of 2012, Defendants sold approximately 5,996 Infringing Products to Factory Connection at a wholesale cost of $13.00 per item, for distribution to Factory Connection's 260 store locations in Alabama, Arkansas,

1  Georgia, Illinois, Kansas, Kentucky, Louisiana, Mississippi, Missouri, Oklahoma,
2  Tennessee, Texas, Virginia, and West Virginia.

3      40.    Between May and August of 2012, Defendants sold 2,259 Infringing
4  Products to YCAD at a wholesale cost of $15.00 per item, which were distributed
5  to 34 retail locations in Idaho, Wisconsin, Nebraska, Washington, North Dakota,
6  South Dakota, Oregon, Iowa, Minnesota, and Vermont.

7      41.    Between September 26 and October 5, 2012, Defendants' Infringing
8  Products were purchased from Hamrick's and Factory Connection stores.  After
9  confirming that the purchased specimens were in fact counterfeit, Plaintiffs
10 requested and obtained the voluntary surrender of Hamrick's and Factory
11 Connection's remaining inventories of approximately of 6,242 jackets.  Subsequent
12 assessment of the Infringing Products surrendered by Hamrick's and Factory
13 Connection confirmed that the Infringing Products were in fact counterfeit.
14 Specifically, among other things, the Infringing Products do not have the
15 appropriate security tags or holograms used by Plaintiffs to identify authentic
16 merchandise.

17     42.    Defendants' unauthorized and unlawful use of Counterfeit Marks in
18 connection with the Infringing Products has caused, is causing and is likely to
19 cause confusion and to deceive the consuming public as to the source, origin,
20 and/or sponsorship of the Infringing Products offered by Defendants.  Defendants'
21 actions are further likely to mislead the consuming public into believing that
22 Defendants' Infringing Products originated from Plaintiffs or that there is some
23 authorized connection between Plaintiffs and Defendants, thereby causing
24 Plaintiffs irreparable harm.

25     43.    Defendants' actions have diluted, tarnished and otherwise injured the
26 famous and distinctive The North Face Registered Trademarks owned by
27 Plaintiffs, thereby causing Plaintiffs irreparable harm.

28

44.     Upon information and belief, Defendants willfully and knowingly violated and infringed Plaintiffs' valuable intellectual property rights, or alternatively Defendants acted with reckless disregard for and willful blindness to Plaintiffs' valuable intellectual property rights, with the express purpose of trading on the goodwill and reputation of The North Face Registered Trademarks.  Upon further information and belief, Defendants engaged in the above-described illegal counterfeiting with the intention of deceiving and misleading customers for Defendants' own financial gain, and with the intention of diverting sales of genuine merchandise sold by Plaintiffs and its distributors.

45.     Upon information and belief, Defendants' Infringing Products and counterfeit marks are intentional copies of Plaintiffs' products and The North Face Registered Trademarks.    Defendants'    intentional    copying    presumptively establishes a likelihood of confusion between Plaintiffs' genuine products and the Infringing Products.

46.     Upon information and belief, Defendants are selling and offering for sale the Infringing Products bearing counterfeit marks, spurious designations and/or confusingly similar marks in order to trade on and capitalize upon the goodwill generated by Plaintiffs' extensive use, sales, advertising, and consumer acceptance and recognition of its protected trademarks and designs.

47.     Defendants have committed the tortious and infringing acts alleged herein without license or consent from Plaintiffs.

48.     By using counterfeit and infringing reproductions of The North Face Registered Trademarks on their goods, Defendants are trading on the goodwill and reputation of Plaintiffs and creating the false impression that Defendants' goods are affiliated with Plaintiffs and have thereby diluted, tarnished and blurred The North Face Registered Trademarks.

49.     Plaintiffs have suffered actual monetary damage as a result of Defendants' conduct and actions as described herein, including lost sales in the

1   amount of at least $2,634,390.00, damage to Plaintiffs' commercial reputation, and

2   dilution by tarnishment of Plaintiffs' famous The North Face Registered

3   Trademarks.

4      50.   Defendants have been wrongfully and unjustly enriched through the

5   unauthorized sale of Defendants' counterfeit, infringing, and dilutive products.

6      51.   Defendants' intentional conduct and unfair business practices have

7   also caused, and will continue to cause, irreparable harm for which there is no

8   adequate remedy at law and for which Plaintiffs are entitled to injunctive relief and

9   damages.

## FIRST CLAIM FOR RELIEF

## (TRADEMARK COUNTERFEITING, 15 U.S.C. §§1114 & 1116)

### (Against All Defendants)

13      52.   Plaintiffs repeat and reallege the allegations set forth in paragraphs 1-

14   51.

15      53.   Defendants, without authorization from Plaintiffs, have used and are

16   continuing to use spurious designations that are identical to or substantially

17   indistinguishable from The North Face Registered Trademarks.

18      54.   Upon information and belief, Defendants were aware of or

19   purposefully contrived to avoid learning of the counterfeit nature of the Infringing

20   Products.

21      55.   The foregoing acts of Defendants are intended to cause, have caused,

22   and are likely to continue to cause confusion or mistake, or to deceive consumers,

23   the public, and the trade into believing that Defendants' Infringing Products are

24   genuine or authorized products of Plaintiffs.

25      56.   Upon information and belief, Defendants have acted with knowledge

26   of Plaintiffs' ownership of The North Face Registered Trademarks and with willful

27   blindness of Plaintiffs' rights or with deliberate intention to unfairly benefit from

28   the incalculable goodwill inherent in The North Face Registered Trademarks.

57.     Defendant' acts constitute trademark counterfeiting in violation of Section 32 of the Lanham Act, 15 U.S.C. §1114, and Section 34 of the Lanham Act, 15 U.S.C. §1116.

58.     Upon information and belief, Defendants have made and will continue to make substantial profits and gains to which they are not in law or equity entitled.

59.     Upon information and belief, Defendants intend to continue their infringing acts, unless restrained by this Court.  Defendants' acts have damaged and will continue to damage Plaintiffs, and Plaintiffs have no adequate remedy at law.

## SECOND CLAIM FOR RELIEF
## (TRADEMARK INFRINGEMENT, 15 U.S.C. §1114)
### (Against All Defendants)

60.     Plaintiffs repeat and reallege the allegations set forth in paragraphs 1-59.

61.     Defendants, without authorization from Plaintiffs, have used and are continuing to use spurious designations that are confusingly similar to The North Face Registered Trademarks.

62.     The foregoing acts of Defendants are intended to cause, have caused, and are likely to continue to cause confusion, mistake, and deception among consumers, the public, and the trade as to whether Defendants' Infringing Products originate from, or are affiliated with, sponsored by, or endorsed by Plaintiffs.

63.     Upon information and belief, Defendants have acted with actual knowledge of Plaintiffs' ownership of The North Face Registered Trademarks and with deliberate intention or willful blindness to unfairly benefit from the incalculable goodwill symbolized thereby.

64.     Defendants' acts constitute trademark infringement in violation of Section 32 of the Lanham Act, 15 U.S.C. §1114.

65. Upon information and belief, Defendants have made and will continue to make substantial profits and gains to which they are not in law or equity entitled.

66. Upon information and belief, Defendants intend to continue their infringing acts, unless restrained by this Court. Defendants' acts have damaged and will continue to damage Plaintiffs, and Plaintiffs have no adequate remedy at law.

## THIRD CLAIM FOR RELIEF
## (FALSE DESIGNATION OF ORIGIN AND FALSE ADVERTISING, 15 U.S.C. §1125(A))
### (Against All Defendants)

67. Plaintiffs repeat and reallege the allegations set forth in paragraphs 1-66.

68. Defendants' promotion, advertising, distribution, sale, and/or offering for sale of the Infringing Products, together with Defendants' use of other indicia associated with Plaintiffs, is intended and is likely to confuse, mislead, or deceive consumers, the public, and the trade as to the origin, source, sponsorship, or affiliation of the Infringing Products, and is intended to and is likely to cause such parties to erroneously believe that the Infringing Products have been authorized, sponsored, approved, endorsed or licensed by Plaintiffs, or that Defendants are in some way affiliated with Plaintiffs.

69. The foregoing acts of Defendants constitute a false designation of origin, and false and misleading descriptions and representations of fact, all in violation of Section 43(a) of the Lanham Act (15 U.S.C. §1125(a)).

70. Upon information and belief, Defendants have made and will continue to make substantial profits and gains to which they are not in law or equity entitled.

71. Upon information and belief, Defendants intend to continue their infringing acts, unless restrained by this Court. Defendants' acts have damaged

1    and will continue to damage Plaintiffs, and Plaintiffs have no adequate remedy at

2    law.

### FOURTH CLAIM FOR RELIEF

### (TRADEMARK DILUTION BY TARNISHMENT, 15 U.S.C. §1125(C))

#### (Against All Defendants)

6    72.    Plaintiffs repeat and reallege the allegations set forth in paragraphs 1-

7    71

8    73.    The North Face Registered Trademarks are strong and distinctive

9    marks that have been in use for many years and have achieved enormous and

10   widespread public recognition.

11   74.    The North Face Registered Trademarks are famous within the

12   meaning of Section 43(c) of the Lanham Act (15 U.S.C. §1125(c)).

13   75.    Defendants' sale of the Infringing Products, without authorization

14   from Plaintiffs, is diluting and tarnishing the distinctive quality of The North Face

15   Registered Trademarks and is decreasing the capacity of such marks to identify

16   and distinguish Plaintiffs products.

17   76.    Defendants' willful actions have diluted and tarnished the reputation

18   and distinctive quality of the famous The North Face Registered Trademarks in

19   violation of Section 43(c) of the Lanham Act, 15 U.S.C. §1125(c).

20   77.    Upon information and belief, Defendants have made and will continue

21   to make substantial profits and gains to which they are not in law or equity entitled.

22   78.    Upon information and belief, Defendants intend to continue their

23   infringing acts, unless restrained by this Court.  Defendants' acts have damaged

24   and will continue to damage Plaintiffs, and Plaintiffs has no adequate remedy at

25   law.

26

27

28

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiffs respectfully requests that this Court enter judgment against Defendants as follows:

A.    Finding that: (i) Defendants have violated Section 32 of the Lanham Act (15 U.S.C. §1114); Section 34 of the Lanham Act (15 U.S.C. §1116); Section 43(a) of the Lanham Act (15 U.S.C. §1125(a)); and Section 43(c) of the Lanham Act (15 U.S.C. §1125(c)); and (ii) Defendants' actions were willful and done with actual knowledge of and intentional disregard for Plaintiffs' rights.

B.    Granting an injunction, pursuant to Rule 65 of the Federal Rules of Civil Procedure and 15 U.S.C. §1116, preliminarily and permanently restraining and enjoining Defendants, their officers, agents, employees, and attorneys, and all those persons or entities in active concert or participation with them from:

1.    manufacturing, importing, advertising, marketing, promoting, supplying, distributing, offering for sale, or selling any products which bear The North Face Registered Trademarks or any other mark or design element substantially similar or confusing thereto, including without limitation the Infringing Products, and engaging in any other activity constituting an infringement of any of Plaintiffs' rights in The North Face Registered Trademarks;

2.    engaging in any other activity constituting unfair competition with Plaintiffs, or acts and practices that deceive consumers, the public, and/or trade, including without limitation, the use of designations and design elements associated with Plaintiffs; and

3.    engaging in any other activity that will cause the distinctiveness of The North Face Registered Trademarks to be diluted, tarnished, or blurred.

C.    Requiring Defendants to recall from any distributors or retailers and to deliver to Plaintiffs for destruction or other disposition all remaining inventory of all Infringing Products, including all advertisements, promotional and marketing materials therefore, as well as the means of making same;

D.     Requiring Defendants to hand over to Plaintiffs any and all documents or information regarding the source, design, manufacture, importation, purchase, sale, or shipment of the Infringing Products, to include all communications, invoices, purchase orders, bank, payment or account records, receipts, acknowledgements, or other documents related to or referencing in any way the Infringing Products.

E.     Requiring Defendants to file with this Court and serve on Plaintiffs within thirty days after entry of the injunction a report in writing under oath setting forth in detail the manner and form in which Defendants have complied with the injunction;

F.     Directing such other relief as the Court may deem appropriate to prevent consumers, the public, and/or the trade from deriving any erroneous impression that any product at issue in this action which has been manufactured, imported, advertised, marketed, promoted, supplied, distributed, offered for sale, or sold by Defendants, has been authorized by Plaintiffs, or is related in any way with Plaintiffs and/or its products;

G.     Awarding Plaintiffs the maximum amount of statutory damages of $12,000,000, or $2,000,000 per counterfeit mark per type of good, in accordance with Section 35(c) of the Lanham Act (15 U.S.C. §1117(c));

H.     Alternatively, ordering Defendants to account to and pay to Plaintiffs all profits realized by their wrongful acts and also awarding Plaintiffs its actual damages, and also directing that such profits and damages be trebled, in accordance with Section 35(b) of the Lanham Act (15 U.S.C. §1117(b));

I.     Awarding Plaintiffs its costs, attorneys fees, investigatory fees, and expenses to the full extent provided by Section 35 of the Lanham Act (15 U.S.C. §1117), and to declare this an exceptional case within the meaning of the Lanham Act;

1    J.    Awarding Plaintiffs prejudgment interest on any monetary award
2  made part of the judgment against Defendant; and

3    K.    Awarding Plaintiffs such additional and further relief as the Court
4  deems just and proper.

5

6  DATED: July 3, 2013              CONNOLLY & FINKEL LLP

7

8                                  By: _____
9                                      John G. Connolly
                                       Attorneys for Plaintiffs
10

11

12

13

14            **TRIAL BY JURY IS REQUESTED**

15    Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Plaintiffs
16  requests a trial by jury of any issues so triable.

17

18  DATED: July 3, 2013              CONNOLLY & FINKEL LLP

19

20                                  By: _____
21                                      John G. Connolly
                                       Attorneys for Plaintiffs
22

23

24

25

26

27

28

# Exhibit A

YOUR RETURN MAILING ADDRESS:

NAME: Galit Ohana

ADDRESS: 431 East 16th street

CITY: Los Angeles        STATE: CA        ZIP CODE: 90015

08/24/2010

*20101180242*

# FICTITIOUS BUSINESS NAME STATEMENT

**TYPE OF FILING AND FILING FEE:** (Check one)

☑ Original -$23.00 (FOR ORIGINAL FILING WITH ONE BUSINESS NAME ON STATEMENT) ☐ New Filings -$23.00 (CHANGES IN FACTS FROM ORIGINAL FILING - REQUIRES PUBLICATION)

☐ Refile -$18.00 (NO CHANGES IN THE FACTS FROM ORIGINAL FILING)

$4.00 - FOR EACH ADDITIONAL BUSINESS NAME FILED ON SAME STATEMENT, DOING BUSINESS AT THE SAME LOCATION / $4.00 - FOR EACH ADDITIONAL OWNER IN EXCESS OF TWO OWNERS.

**The following person(s) is (are) doing business as:**

**\*1.** CAVALIER APPAREL INC        **2.** CAVALIER INC

Print Fictitious Business Name(s)

**\*\*** 431 EAST 16TH STREET

Street address of principal place of business        Mailing address if different

LOS ANGELES        CA        90015        LOS ANGELES

City        State        Zip        County        City        State        Zip

Articles of Incorporation or Organization Number (if applicable): A1234...

**\*\*\*** REGISTERED OWNER(S):

**1.** CAVALIER CLOSEOUTS INC        **2.**

Full Name/Corp/LLC        Full Name/Corp/LLC

431 EAST 16TH STREET

Residence Address        Residence Address

LOS ANGELES        CA        90015

City        State        Zip        City        State        Zip

CALIFORNIA CORP

If Corporation or LLC – Print State of Incorporation/Organization        If Corporation or LLC – Print State of Incorporation/Organization

**3.**        **4.**

Full Name/Corp/LLC        Full Name/Corp/LLC

Residence Address        Residence Address

City        State        Zip        City        State        Zip

If Corporation or LLC – Print State of Incorporation/Organization        If Corporation or LLC – Print State of Incorporation/Organization

IF MORE THAN FOUR REGISTRANTS, ATTACH ADDITIONAL SHEET SHOWING OWNER INFORMATION

**\*\*\*\*** THIS BUSINESS IS CONDUCTED BY: (Check one)

☐ an Individual        ☐ a General Partnership        ☐ a Limited Partnership        ☐ a Limited Liability Company

☐ an Unincorporated Association other than a Partnership        ☑ a Corporation        ☐ a Trust        ☐ Copartners

☐ Husband and Wife        ☐ Joint Venture        ☐ State or Local Registered Domestic Partners        ☐ a Limited Liability Partnership

**\*\*\*\*\*** The registrant commenced to transact business under the fictitious business name or names listed above on ___12-28-2008___

(Insert N/A above if you haven't started to transact business)

**I declare that all information in this statement is true and correct.**

**(A registrant who declares as true information which he or she knows to be false is guilty of a crime.)**

REGISTRANT/IC NAME (PRINT) Cavalier Close out inc.        TITLE PRESIDENT

REGISTRANT SIGNATURE _Galit Ohana_

**If corporation, also print corporate title of officer. If LLC, also print title of officer or manager.**

This statement was filed with the County Clerk of LOS ANGELES on the date indicated by the file stamp in the upper right corner.

NOTICE – IN ACCORDANCE WITH SUBDIVISION (a) OF SECTION 17920, A FICTITIOUS NAME STATEMENT GENERALLY EXPIRES AT THE END OF FIVE YEARS FROM THE DATE ON WHICH IT WAS FILED IN THE OFFICE OF THE COUNTY CLERK, EXCEPT, AS PROVIDED IN SUBDIVISION (b) OF SECTION 17920, WHERE IT EXPIRES 40 DAYS AFTER ANY CHANGE IN THE FACTS SET FORTH IN THE STATEMENT PURSUANT TO SECTION 17913 OTHER THAN A CHANGE IN THE RESIDENCE ADDRESS OF A REGISTERED OWNER. A NEW FICTITIOUS BUSINESS NAME STATEMENT MUST BE FILED BEFORE THE EXPIRATION.

THE FILING OF THIS STATEMENT DOES NOT OF ITSELF AUTHORIZE THE USE IN THIS STATE OF A FICTITIOUS BUSINESS NAME IN VIOLATION OF THE RIGHTS OF ANOTHER UNDER FEDERAL, STATE, OR COMMON LAW (SEE SECTION 14411 ET SEQ., BUSINESS AND PROFESSIONS CODE).

I HEREBY CERTIFY THAT THIS COPY IS A CORRECT COPY OF THE ORIGINAL STATEMENT ON FILE IN MY OFFICE.

DEAN C. LOGAN, LOS ANGELES COUNTY CLERK        BY: _M. FISHER_        , Deputy

Rev. ...        P.O. BOX 1208, NORWALK, CA 90651-1208        PH: (562) 462-2177        WEB ADDRESS: LAVOTE.NET

CAVALIER CLOSEOUTS, INC.
3201 Bandini Blvd
Los Angeles, CA 90023



03/04/2009

*20090303302*

PROOF OF PUBLICATION
(2015.5 C.C.P.)

STATE OF CALIFORNIA
COUNTY OF LOS ANGELES

I'm a legal resident of the United States and
a resident of the County of aforesaid; I'm
over the age of eighteen years and not a
party to or interested in the above-entitled
matter. I'm an authorized signatory for the
GLENDORA PRESS, a newspaper of
general circulation, printed and published
WEEKLY in the city of West Covina
County of Los Angeles and which paper has
been adjudged a newspaper of general
circulation by the Superior Court of the
County of Los Angeles, State of
California, under the date of: December 19th,
1927 Case Number 237377; that the notice,
of which the annexed is a printed copy (set
in type not smaller than nonpareil), has been
published in each regular and entire issue of
said newspaper and not in any supplement
thereof on the following dates, to wit:
01/15; 01/22; 01/29 and 02/05, 2009
I declare under penalty of perjury
that the foregoing is true and correct.
Executed at Santa Fe Springs, County of Los
Angeles, California this 24th day of
February, 2009

California New Business Bureau
12631 E. Imperial Hwy. #A-219
Santa Fe Springs, CA 90670

0209-915M          File No. 20090303302   FICTITIOUS BUSINESS NAME STATEMENT
The following person(s) is (are) doing business as
CAVALIER CLOSEOUTS, INC.
3201 Bandini Blvd
Los Angeles, CA 90023
Full name of registrant (s) is (are) CAVALIER CLOSEOUTS, INC 3201 Bandini Blvd Los Angeles,
CA 90023. This business is conducted by A CORPORATION. I declare that all information in this
statement is true and correct. (A registrant who declares as true information, which he or she knows to
be false, is guilty of a crime.) This statement was filed with the County Clerk of Los Angeles County on
Jan 05, 2009. The registrant(s) has (have) not commenced to transact business under the fictitious
business name or names listed above.
NOTICE: The Fictitious Name Statement expires five years from the date it was filed in the office of the
County Clerk. A new Fictitious Business Name Statement must be filed before that time. The filing of
this statement does not of itself authorize the use in this state of a Fictitious Business Name in violation
of the rights of another under Federal, State, or common law (See Section 14411 et seq. Business and
Professions Code) Pant Wong
01/15; 01/22; 01/29 and 02/05, 2009          0209-915M

23

YOUR RETURN MAILING ADDRESS

NAME: Cavalier Closeouts inc.
ADDRESS: 3201 Bandini Blvd
CITY: LA
STATE: CA    ZIP CODE: 90023

LOS ANGELES REGISTRAR-RECORDER/ COUNTY CLERK

01/05/2009

*20090010145*

# FICTITIOUS BUSINESS NAME STATEMENT

TYPE OF FILING AND FILING FEE (Check one)

☐ Original- $23.00 (FOR ORIGINAL FILING WITH ONE BUSINESS NAME ON STATEMENT)   ☐ New Filing - $23.00-
☐ Refile -$18.00 (NO CHANGES IN THE FACTS FROM ORIGINAL FILING)          (CHANGE IN FACTS FROM ORIGINAL FILING REQUIRES PUBLICATION)
$4.00- FOR EACH ADDITIONAL BUSINESS NAME FILED ON SAME STATEMENT, DOING BUSINESS AT THE SAME LOCATION  $4.00- FOR EACH ADDITIONAL OWNER IN EXCESS OF ONE OWNER

The following person(s) is (are) doing business as:

*1. Cavalier Closeouts inc.   2. Cavalier Sports inc.
(Print Fictitious Business Name(s))

*A. 3201 Bandini Blvd   Same
Street address of principal place of business   (Mailing address if different)

LA CA 90023   LA
City   State   Zip   COUNTY   City   State   Zip

Article of Incorporation or Organization Number (if applicable): AI #C1- 3138213

*** REGISTERED OWNER(S):

1. Cavalier Closeouts inc.   2. _____
Full Name/Corp/LLC   Full Name/Corp/LLC
3201 Bandini Blvd.   _____
Residence Address (P.O. Box not accepted)   Residence Address (P.O. Box not accepted)
LA CA 90023   _____
City   State   Zip   City   State   Zip
_____   _____
If Corporation or LLC - Print State of Incorporation/Organization   If Corporation or LLC - Print State of Incorporation/Organization

3. _____   4. _____
Full Name/Corp/LLC   Full Name/Corp/LLC
_____   _____
Residence Address (P.O. Box not accepted)   Residence Address (P.O. Box not accepted)
_____   _____
City   State   Zip   City   State   Zip
_____   _____
If Corporation or LLC - Print State of Incorporation/Organization   If Corporation or LLC - Print State of Incorporation/Organization

IF MORE THAN FOUR REGISTRANTS, ATTACH ADDITIONAL SHEET SHOWING OWNER INFORMATION

**** THIS BUSINESS IS CONDUCTED BY: (Check one)
☐ an Individual   ☐ a General Partnership   ☐ a Limited Partnership   ☐ a Limited Liability Company
☐ an Unincorporated Association other than a Partnership   ☒ a Corporation   ☐ a Trust   ☐ Copartners
☐ Husband and Wife   ☐ Joint Venture   ☐ State or Local Registered Domestic Partners   ☐ a Limited Liability Partnership

***** The registrant commenced to transact business under the fictitious business name or names listed above on ____N/A____
(Insert N/A above if you haven't started to transact business)

I declare that all information in this statement is true and correct.
(A registrant who declares as true information which he or she knows to be false is guilty of a crime.)

REGISTRANT/CORP/LLC NAME (PRINT) Gigi Cavalier Closeouts inc. TITLE President

REGISTRANT SIGNATURE _____   IF CORP OR LLC, PRINT NAME Gigi Olaes

If corporation, also print corporate title of officer.  If LLC, also print title of officer or manager.
This statement was filed with the County Clerk of LOS ANGELES on the date indicated by the file stamp in the upper right corner.
NOTICE – IN ACCORDANCE WITH SUBDIVISION (a) OF SECTION 17920, A FICTITIOUS NAME STATEMENT GENERALLY EXPIRES AT THE END OF FIVE YEARS FROM THE DATE ON
WHICH IT WAS FILED IN THE OFFICE OF THE COUNTY CLERK, EXCEPT, AS PROVIDED IN SUBDIVISION (b) OF SECTION 17920 WHERE IT EXPIRES 40 DAYS AFTER ANY CHANGE
IN THE FACTS SET FORTH IN THE STATEMENT PURSUANT TO SECTION 17913 OTHER THAN A CHANGE IN THE RESIDENCE ADDRESS
OF A REGISTERED OWNER. A NEW FICTITIOUS BUSINESS NAME STATEMENT MUST BE FILED BEFORE THE EXPIRATION.

THE FILING OF THIS STATEMENT DOES NOT OF ITSELF AUTHORIZE THE USE IN THIS STATE OF A FICTITIOUS BUSINESS NAME IN VIOLATION OF THE RIGHTS OF ANOTHER
UNDER FEDERAL, STATE, OR COMMON LAW (SEE SECTION 14411 ET SEQ., BUSINESS AND PROFESSIONS CODE).
I HEREBY CERTIFY THAT THIS COPY IS A CORRECT COPY OF THE ORIGINAL STATEMENT ON FILE IN MY OFFICE.

DEAN C. LOGAN, LOS ANGELES COUNTY CLERK

BY: _____ , Deputy

Rev. 01/01/08   P.O. BOX 53102, LOS ANGELES, CA 90053-0102   PH: (562) 462-2177   WEB ADDRESS: LAVOTE.NET

RENEWALS DO NOT REQUIRE PUBLICATIONS

24

# Exhibit B

**URS**
U.S. CUSTOMS & BORDER
PROTECTION AUCTION

| | |
|---|---|
| Duplicate Inv# | 100034 |
| Date | 11/03/2011 |
| Page | 1 |

Buyer Number: 132
JASON DAHAN
431 E. 1ST
Los Angeles, CA  90045
Phone   (213) 791-1722

Tax Status 1      Taxable
County    Los Angeles

Live Auction: November 3, 2011 12-27-221/271 - Long Beach, CA

| | | | |
|---|---|---|---|
| Lot: | 108 | Sale Number: | 12-27-221/271 - Long Beach, CA |
| Tax Class: | N | Sale Date: | 11/03/2011 |
| Quantity: | 1 | Storage Vendor: | LABELING SERV. INC/KENT, WA |
| Price: | 5.00 | Seizure Number: | GO2011300106231 |
| Extension: | 5.00 | | |

GO2011300106231 - 2 PLTS STONE BLOCKS:;WAREHOUSE VIEWING ONLY; LABELING SERV. INC/KENT, WA

I acknowledge the receipt of the merchandise mentioned on this form.

I acknowledge purchase of merchandise described above and agree to the
all special and general Terms and Conditions of Sale of Government
Merchandise. I understand lots designated as
Export Only must be exported
in-bond under CBP supervision.

_____
Buyer's signature
    Date

_____
Vendor's signature
    Date

INSTRUCTIONS TO VENDOR:
Release merchandise only to named buyer or his/her agent. Anyone
acting as an agent must present a letter of authorization bearing
signature of the buyer named above.

Obtain buyer or agent's signature and forward a copy of this form and
any letters of authorization to URS within 48 hrs after release of
merchandise. Retain the second copy for your files.

25

**URS**

U.S. CUSTOMS & BORDER
PROTECTION AUCTION

| | | |
|---|---|---|
| Duplicate Inv# | | 100034 |
| Date | | 11/03/2011 |
| Page | | 1 |

Buyer Number: 132
JASON DAHAN
431 E. 1ST
Los Angeles, CA  90045
Phone   (213) 791-1722

Tax Status 1                     Taxable
County      Los Angeles

Live Auction: November 3, 2011 12-27-221/271 - Long Beach, CA

| Lot: | 72 C | Sale Number: | |
|---|---|---|---|
| Tax Class: | N | Sale Date: | 12-27-221/271 - Long Beach, CA |
| Quantity: | 1 | Storage Vendor: | 11/03/2011 |
| Price: | 20.00 | Seizure Number: | CHARLES DORSCH/SAN DIEGO,CA |
| Extension: | 20.00 | | GO2010250100089 |

GO2010250100089 - 1 CTN METAL PARTS:;WAREHOUSE VIEWING ONLY; CHARLES DORSCH/SAN DIEGO,CA

I acknowledge the receipt of the merchandise mentioned on this form.

I acknowledge purchase of merchandise described above and agree to the
all special and general Terms and Conditions of Sale of Government
Merchandise. I understand lots designated as
Export Only must be exported
in-bond under CBP supervision.

_____

Buyer's signature
    Date

_____

Vendor's signature
    Date

INSTRUCTIONS TO VENDOR:
Release merchandise only to named buyer or his/her agent. Anyone
acting as an agent must present a letter of authorization bearing
signature of the buyer named above.

Obtain buyer or agent's signature and forward a copy of this form and
any letters of authorization to URS within 48 hrs after release of
merchandise. Retain the second copy for your files.

26

**URS**
U.S. CUSTOMS & BORDER
PROTECTION AUCTION

| | |
|---|---|
| Duplicate Inv# | 100034 |
| Date | 11/03/2011 |
| Page | 1 |

Buyer Number: 132
JASON DAHAN
431 E. 1ST
Los Angeles, CA  90045
Phone   (213) 791-1722

Tax Status 1                     Taxable
County     Los Angeles

Live Auction: November 3, 2011 12-27-221/271 - Long Beach, CA

| | | | |
|---|---|---|---|
| Lot: | 72 B | Sale Number: | |
| Tax Class: | N | Sale Date: | 12-27-221/271 - Long Beach, CA |
| Quantity: | 1 | Storage Vendor: | 11/03/2011 |
| Price: | 0.00 | Seizure Number: | CHARLES DORSCH/SAN DIEGO,CA |
| Extension: | 0.00 | | GO2010250100075 |

GO2010250100075 - 1 TUBE METAL PARTS:;WAREHOUSE VIEWING ONLY; CHARLES DORSCH/SAN DIEGO,CA

I acknowledge the receipt of the merchandise mentioned on this form.

I acknowledge purchase of merchandise described above and agree to the
all special and general Terms and Conditions of Sale of Government
Merchandise. I understand lots designated as
Export Only must be exported
in-bond under CBP supervision.

_____                    _____
Buyer's signature
       Date

_____                    _____
Vendor's signature
       Date

INSTRUCTIONS TO VENDOR:
Release merchandise only to named buyer or his/her agent. Anyone
acting as an agent must present a letter of authorization bearing
signature of the buyer named above.

Obtain buyer or agent's signature and forward a copy of this form and
any letters of authorization to URS within 48 hrs after release of
merchandise. Retain the second copy for your files.

27

**URS**
U.S. CUSTOMS & BORDER
PROTECTION AUCTION

| | |
|---|---|
| Duplicate Inv# | 100034 |
| Date | 11/03/2011 |
| Page | 1 |

Buyer Number: 132
JASON DAHAN
431 E. 1ST
Los Angeles, CA  90045
Phone   (213) 791-1722

Tax Status 1                    Taxable
County     Los Angeles

Live Auction: November 3, 2011 12-27-221/271 - Long Beach, CA

| Lot: | 72 A | Sale Number: | |
|---|---|---|---|
| Tax Class: | N | Sale Date: | 12-27-221/271 - Long Beach, CA |
| Quantity: | 1 | Storage Vendor: | 11/03/2011 |
| Price: | 0.00 | Seizure Number: | CHARLES DORSCH/SAN DIEGO,CA |
| Extension: | 0.00 | | GO2009250130017 |

GO2009250130017 - 1 CTN ELECTRONIC EQUIPMENT;;DEFECTIVE, APPROX 6 PCS TOTAL;WAREHOUSE VIEWING ONLY; CHARLES DORSCH/SAN DIEGO,CA

I acknowledge the receipt of the merchandise mentioned on this form.

I acknowledge purchase of merchandise described above and agree to the
all special and general Terms and Conditions of Sale of Government
Merchandise. I understand lots designated as
Export Only must be exported
in-bond under CBP supervision.

_____

Buyer's signature
    Date

_____

Vendor's signature
    Date

INSTRUCTIONS TO VENDOR:
Release merchandise only to named buyer or his/her agent. Anyone
acting as an agent must present a letter of authorization bearing
signature of the buyer named above.

Obtain buyer or agent's signature and forward a copy of this form and
any letters of authorization to URS within 48 hrs after release of
merchandise. Retain the second copy for your files.

28

**URS**
U.S. CUSTOMS & BORDER
PROTECTION AUCTION

| | |
|---|---|
| Duplicate Inv# | 100034 |
| Date | 11/03/2011 |
| Page | 1 |

Buyer Number: 132
JASON DAHAN
431 E. 1ST
Los Angeles, CA  90045
Phone   (213) 791-1722

Tax Status 1                          Taxable
County      Los Angeles

Live Auction: November 3, 2011 12-27-221/271 - Long Beach, CA

| | | | |
|---|---|---|---|
| Lot: | 71 C | Sale Number: | |
| Tax Class: | N | Sale Date: | 12-27-221/271 - Long Beach, CA |
| Quantity: | 1 | Storage Vendor: | 11/03/2011 |
| Price: | 10.00 | Seizure Number: | BAYPORT WHSE/SAN LEANDRO,CA |
| Extension: | 10.00 | | GO2011280911173 |

GO2011280911173 - 4 CTNS PLASTIC WHEELS:;WAREHOUSE VIEWING ONLY; BAYPORT WHSE/SAN LEANDRO,CA

I acknowledge the receipt of the merchandise mentioned on this form.

I acknowledge purchase of merchandise described above and agree to the
all special and general Terms and Conditions of Sale of Government
Merchandise. I understand lots designated as
Export Only must be exported
in-bond under CBP supervision.

_____
Buyer's signature
      Date

_____
Vendor's signature
      Date

INSTRUCTIONS TO VENDOR:
Release merchandise only to named buyer or his/her agent. Anyone
acting as an agent must present a letter of authorization bearing
signature of the buyer named above.

Obtain buyer or agent's signature and forward a copy of this form and
any letters of authorization to URS within 48 hrs after release of
merchandise. Retain the second copy for your files.

# URS
U.S. CUSTOMS & BORDER
PROTECTION AUCTION

| | |
|---|---|
| Duplicate Inv# | 100034 |
| Date | 11/03/2011 |
| Page | 1 |

Buyer Number: 132
JASON DAHAN
431 E. 1ST
Los Angeles, CA  90045
Phone   (213) 791-1722

| | |
|---|---|
| Tax Status 1 | Taxable |
| Driver's Lic# | A6608469 |
| County | Los Angeles |

Live Auction: November 3, 2011 12-27-221/271 - Long Beach, CA

| | | | |
|---|---|---|---|
| Lot: | 71 B | Sale Number: | 12-27-221/271 - Long Beach, CA |
| Tax Class: | N | Sale Date: | 11/03/2011 |
| Quantity: | 1 | Storage Vendor: | BAYPORT WHSE/SAN LEANDRO,CA |
| Price: | 0.00 | Seizure Number: | GO2011280111189 |
| Extension: | 0.00 | | |

GO2011280111189 - 1 CTN PLASTIC PARTS:;GIF-H180;WAREHOUSE VIEWING ONLY; BAYPORT WHSE/SAN LEANDRO,CA

I acknowledge the receipt of the merchandise mentioned on this form.

I acknowledge purchase of merchandise described above and agree to the
all special and general Terms and Conditions of Sale of Government
Merchandise. I understand lots designated as
Export Only must be exported
in-bond under CBP supervision.

_____
Buyer's signature
      Date

_____
Vendor's signature
      Date

INSTRUCTIONS TO VENDOR:
Release merchandise only to named buyer or his/her agent. Anyone
acting as an agent must present a letter of authorization bearing
signature of the buyer named above.

Obtain buyer or agent's signature and forward a copy of this form and
any letters of authorization to URS within 48 hrs after release of
merchandise. Retain the second copy for your files.

**30**

**URS**
U.S. CUSTOMS & BORDER
PROTECTION AUCTION

| | |
|---|---|
| Duplicate Inv# | 100034 |
| Date | 11/03/2011 |
| Page | 1 |

Buyer Number: 132
JASON DAHAN
431 E. 1ST
Los Angeles, CA  90045
Phone   (213) 791-1722

| | |
|---|---|
| Tax Status 1 | Taxable |
| County   Los Angeles | |

Live Auction: November 3, 2011 12-27-221/271 - Long Beach, CA

| | | | |
|---|---|---|---|
| Lot: | 71 A | Sale Number: | 12-27-221/271 - Long Beach, CA |
| Tax Class: | N | Sale Date: | 11/03/2011 |
| Quantity: | 1 | Storage Vendor: | BAYPORT WHSE/SAN LEANDRO,CA |
| Price: | 0.00 | Seizure Number: | GO2011280111187 |
| Extension: | 0.00 | | |

GO2011280111187 - 1 CTN METAL PARTS:;WAREHOUSE VIEWING ONLY; BAYPORT WHSE/SAN LEANDRO,CA

I acknowledge the receipt of the merchandise mentioned on this form.

I acknowledge purchase of merchandise described above and agree to the
all special and general Terms and Conditions of Sale of Government
Merchandise. I understand lots designated as
Export Only must be exported
in-bond under CBP supervision.

_____
Buyer's signature
      Date

_____
Vendor's signature
      Date

INSTRUCTIONS TO VENDOR:
Release merchandise only to named buyer or his/her agent. Anyone
acting as an agent must present a letter of authorization bearing
signature of the buyer named above.

Obtain buyer or agent's signature and forward a copy of this form and
any letters of authorization to URS within 48 hrs after release of
merchandise. Retain the second copy for your files.

31

**URS**

U.S. CUSTOMS & BORDER
PROTECTION AUCTION

| | |
|---|---|
| Duplicate Inv# | 100034 |
| Date | 11/03/2011 |
| Page | 1 |

Buyer Number: 132
JASON DAHAN
431 E. 1ST
Los Angeles, CA  90045
Phone   (213) 791-1722

Tax Status 1           Taxable
County     Los Angeles

Live Auction: November 3, 2011 12-27-221/271 - Long Beach, CA

| | | | |
|---|---|---|---|
| Lot: | 35 | Sale Number: | 12-27-221/271 - Long Beach, CA |
| Tax Class: | N | Sale Date: | 11/03/2011 |
| Quantity: | 1 | Storage Vendor: | ST. GEORGE WHSE/COMPTON, CA |
| Price: | 36,000.00 | Seizure Number: | GO2011270471251 |
| Extension: | 36,000.00 | | |

GO2011270471251 - 506 CTNS WEARING APPAREL:;JACKETS LADIES,ASSTD
COLORS/SIZES, C/O CHINA, APPROX 48 PCS PER CTN, APPROX 24,288 PCS TOTAL;WAREHOUSE VIEWING ONLY;
ST. GEORGE WHSE/COMPTON, CA

I acknowledge the receipt of the merchandise mentioned on this form.

I acknowledge purchase of merchandise described above and agree to the
all special and general Terms and Conditions of Sale of Government
Merchandise. I understand lots designated as
Export Only must be exported
in-bond under CBP supervision.

_____
Buyer's signature
    Date

_____
Vendor's signature
    Date

INSTRUCTIONS TO VENDOR:
Release merchandise only to named buyer or his/her agent. Anyone
acting as an agent must present a letter of authorization bearing
signature of the buyer named above.

Obtain buyer or agent's signature and forward a copy of this form and
any letters of authorization to URS within 48 hrs after release of
merchandise. Retain the second copy for your files.

32

**URS**

U.S. CUSTOMS & BORDER
PROTECTION AUCTION

| | |
|---|---|
| Duplicate Inv# | 100034 |
| Date | 11/03/2011 |
| Page | 1 |

Buyer Number: 132
JASON DAHAN
431 E. 1ST
Los Angeles, CA  90045
Phone   (213) 791-1722

Tax Status 1                    Taxable
County     Los Angeles

Live Auction: November 3, 2011 12-27-221/271 - Long Beach, CA

| Lot: | 34 | Sale Number: | |
|---|---|---|---|
| Tax Class: | N | Sale Date: | 12-27-221/271 - Long Beach, CA |
| Quantity: | 1 | Storage Vendor: | 11/03/2011 |
| Price: | 42,000.00 | Seizure Number: | ST. GEORGE WHSE/COMPTON, CA |
| Extension: | 42,000.00 | | GO2011270471096 |

GO2011270471096 - 359 CTNS WEARING APPAREL:;JACKETS,LADIES,
ASSTD SIZES, C/O CHINA, APPROX 24 PCS PER CTN, APPROX 8,616 PCS TOTAL;WAREHOUSE VIEWING ONLY; ST.
GEORGE WHSE/COMPTON, CA

I acknowledge the receipt of the merchandise mentioned on this form.

I acknowledge purchase of merchandise described above and agree to the
all special and general Terms and Conditions of Sale of Government
Merchandise. I understand lots designated as
Export Only must be exported
in-bond under CBP supervision.

_____
Buyer's signature
   Date

_____
Vendor's signature
   Date

INSTRUCTIONS TO VENDOR:
Release merchandise only to named buyer or his/her agent. Anyone
acting as an agent must present a letter of authorization bearing
signature of the buyer named above.

Obtain buyer or agent's signature and forward a copy of this form and
any letters of authorization to URS within 48 hrs after release of
merchandise. Retain the second copy for your files.

33

**URS**

U.S. CUSTOMS & BORDER
PROTECTION AUCTION

Duplicate Inv#          100034
Date     11/03/2011
Page              1

Buyer Number: 132
JASON DAHAN
431 E. 1ST
Los Angeles, CA  90045
Phone   (213) 791-1722

Tax Status 1                    Taxable
County      Los Angeles

Live Auction: November 3, 2011 12-27-221/271 - Long Beach, CA

| | | |
|---|---|---|
| Lot: | 32 | Sale Number: |
| Tax Class: | N | Sale Date: |
| Quantity: | 1 | Storage Vendor: |
| Price: | 9,000.00 | Seizure Number: |
| Extension: | 9,000.00 | |

12-27-221/271 - Long Beach, CA
11/03/2011
ST. GEORGE WHSE/COMPTON, CA
GO2011270471170

GO2011270471170 - 100 CTNS SHIRTS:;MEN'S, ASSTD SIZES, C/O INDIA, APPROX 100 PCS PER CTN, APPROX
10,000 PCS TOTAL;WAREHOUSE VIEWING ONLY; ST. GEORGE WHSE/COMPTON, CA

I acknowledge the receipt of the merchandise mentioned on this form.

I acknowledge purchase of merchandise described above and agree to the
all special and general Terms and Conditions of Sale of Government
Merchandise. I understand lots designated as
Export Only must be exported
in-bond under CBP supervision.

_____
Buyer's signature
    Date

_____
Vendor's signature
    Date

INSTRUCTIONS TO VENDOR:
Release merchandise only to named buyer or his/her agent. Anyone
acting as an agent must present a letter of authorization bearing
signature of the buyer named above.

Obtain buyer or agent's signature and forward a copy of this form and
any letters of authorization to URS within 48 hrs after release of
merchandise. Retain the second copy for your files.

34

**URS**

U.S. CUSTOMS & BORDER
PROTECTION AUCTION

Duplicate Inv#     100034
Date     11/03/2011
Page                 1

Buyer Number: 132
JASON DAHAN
431 E. 1ST
Los Angeles, CA  90045
Phone   (213) 791-1722

Tax Status 1                    Taxable
County     Los Angeles

Live Auction: November 3, 2011 12-27-221/271 - Long Beach, CA

| Lot: | 21 | Sale Number: | |
|---|---|---|---|
| Tax Class: | N | Sale Date: | 12-27-221/271 - Long Beach, CA |
| Quantity: | 1 | Storage Vendor: | 11/03/2011 |
| Price: | 3,100.00 | Seizure Number: | NOVA TRANSPORT/LONG BEACH, CA |
| Extension: | 3,100.00 | | GO2010270475076 |

GO2010270475076 - 38 CTNS JACKETS:;LADIES, JENNY B, WHITE & OLIVE, ASSTD SIZES, C/O CHINA, APPROX 48
PCS PER CTN, APPROX 1,824 PCS TOTAL;WAREHOUSE VIEWING ONLY; NOVA TRANSPORT/LONG BEACH, CA

I acknowledge the receipt of the merchandise mentioned on this form.

I acknowledge purchase of merchandise described above and agree to the
all special and general Terms and Conditions of Sale of Government
Merchandise. I understand lots designated as
Export Only must be exported
in-bond under CBP supervision.

_____

Buyer's signature
    Date

_____

Vendor's signature
    Date

INSTRUCTIONS TO VENDOR:
Release merchandise only to named buyer or his/her agent. Anyone
acting as an agent must present a letter of authorization bearing
signature of the buyer named above.

Obtain buyer or agent's signature and forward a copy of this form and
any letters of authorization to URS within 48 hrs after release of
merchandise. Retain the second copy for your files.

**URS**

U.S. CUSTOMS & BORDER
PROTECTION AUCTION

| | |
|---|---|
| Duplicate Inv# | 100034 |
| Date | 11/03/2011 |
| Page | 1 |

Buyer Number: 132
JASON DAHAN
431 E. 1ST
Los Angeles, CA  90045
Phone   (213) 791-1722

Tax Status 1                      Taxable
County      Los Angeles

Live Auction: November 3, 2011 12-27-221/271 - Long Beach, CA

| | | |
|---|---|---|
| Lot: | 2 | Sale Number: |
| Tax Class: | N | Sale Date: |
| Quantity: | 1 | Storage Vendor: |
| Price: | 150.00 | Seizure Number: |
| Extension: | 150.00 | |

12-27-221/271 - Long Beach, CA
11/03/2011
PRICE TRANSFER/LONG BEACH, CA
WE2011270400073

WE2011270400073 - 4 CTNS WEARING APPAREL:;INFANTS', ONESIE & BIB SETS, SNUGABYE, ASSTD STYLES/COLORS/SIZES, APPROX 12 PCS PER CTN, C/O CHINA;WAREHOUSE VIEWING ONLY; PRICE TRANSFER/LONG BEACH, CA

I acknowledge the receipt of the merchandise mentioned on this form.

I acknowledge purchase of merchandise described above and agree to the
all special and general Terms and Conditions of Sale of Government
Merchandise. I understand lots designated as
Export Only must be exported
in-bond under CBP supervision.

_____
Buyer's signature
        Date

_____
Vendor's signature
        Date

INSTRUCTIONS TO VENDOR:
Release merchandise only to named buyer or his/her agent. Anyone
acting as an agent must present a letter of authorization bearing
signature of the buyer named above.

Obtain buyer or agent's signature and forward a copy of this form and
any letters of authorization to URS within 48 hrs after release of
merchandise. Retain the second copy for your files.

# Exhibit C

# United States Patent Office

983,624

Registered May 14, 1974

## PRINCIPAL REGISTER
### Trademark

Ser. No. 427,008, filed June 12, 1972

## THE NORTH FACE

The North Face (California corporation)
1234 5th St.
Berkeley Calif.   94710

For: BACKPACKS, in CLASS 3 (INT. CL. 22).

For: SLEEPING BAGS, TENTS, SNOWSHOES, AND SKIS, in CLASS 22 (INT. CL. 28).

For: CAMPING CLOTHING—NAMELY, RAIN-WEAR, PARKAS, VESTS, TROUSERS, SHOES, GLOVES AND HEADGEAR—in CLASS 39 (INT. CL. 25).

First use June 1968; in commerce Mar. 10, 1969.

37

Int. Cls.: 18, 20, 22 and 25

Prior U.S. Cls.: 1, 2, 3, 7, 13, 19, 22, 25, 32, 39, 41, 42 and 50

## United States Patent and Trademark Office

Reg. No. 2,097,715

Registered Sep. 16, 1997

## TRADEMARK
### PRINCIPAL REGISTER



NORTH FACE, INC., THE (DELAWARE COR-PORATION)
2013 FARALLON DRIVE
SAN LEANDRO, CA 94577

FOR: BACKPACKS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).
FIRST USE 12-0-1971; IN COMMERCE 12-0-1971.
FOR: SLEEPING BAGS , IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).
FIRST USE 12-0-1971; IN COMMERCE 12-0-1971.
FOR: TENTS, IN CLASS 22 (U.S. CLS. 1, 2, 7, 19, 22, 42 AND 50).
FIRST USE 12-0-1971; IN COMMERCE 12-0-1971.

FOR: CLOTHING, NAMELY, PARKAS, VESTS, JACKETS, ANORAKS, PANTS, SKI BIBS, GLOVES, MITTENS, UNDERWEAR, HATS, HEADBANDS, CAPS, SKI SUITS, GAITERS, SHORTS, SHIRTS AND BELTS, IN CLASS 25 (U.S. CLS. 22 AND 39).
FIRST USE 12-0-1971; IN COMMERCE 12-0-1971.
OWNER OF U.S. REG. NOS. 983,624, 1,102,407 AND OTHERS.

SER. NO. 75-176,107, FILED 10-3-1996.

CYNTHIA A. MANCINI, EXAMINING ATTOR-NEY

38

Int. Cls.: 9, 18, 20, 21, 22, 25, and 35

Prior U.S. Cls.: 1, 2, 3, 7, 13, 19, 21, 22, 23, 25, 26, 29, 30, 32, 33, 36, 38, 39, 40, 41, 42, 50, 100, 101, and 102

Reg. No. 3,538,773

## United States Patent and Trademark Office

Registered Nov. 25, 2008

## TRADEMARK
## SERVICE MARK
## PRINCIPAL REGISTER



THE NORTH FACE APPAREL CORP. (DELA-WARE CORPORATION)

3411 SILVERSIDE ROAD

WILMINGTON, DE 19810

FOR: COMPUTER BAGS , IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 1-25-1989; IN COMMERCE 1-25-1989.

FOR: ALL PURPOSE SPORTING BAGS, BACK-PACKS, DAY PACKS, KNAPSACKS, RUCKSACKS, BOOK BAGS, TOTE BAGS, HANDBAGS, DUFFEL BAGS, KNAP SACKS AND DUFFEL SACKS, MES-SENGER BAGS, HIP AND LUMBAR PACKS, HIP BELTS, SHOULDER BAGS, MESSENGER BAGS, BOOK BAGS, WAIST PACKS, FANNY PACKS, DAY PACKS, SHOULDER BAGS, SATCHELS, MOUNTAINEERING BAGS, BOSTON BAGS, IN-TERNAL FRAME PACKS AND EXTERNAL FRAME PACKS, BACKPACK BOTTLE POCKETS, RAIN COVERS USED TO COVER THE AFORESAID; HY-DRATION PACKS, NAMELY, BACKPACK HYDRA-TION SYSTEMS CONSISTING OF A BACKPACK, A RESERVOIR, AND A MOUTHPIECE CONNECTED TO THE RESERVOIR BY A TUBE; BACKPACK SHOULDER HARNESSES; PARTS AND FITTINGS FOR ALL THE AFORESAID GOODS; WALKING STICKS, ALPENSTOCKS, UMBRELLAS, AND PARASOLS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 1-25-1989; IN COMMERCE 1-25-1989.

FOR: SLEEPING BAGS; COVERS FOR SLEEPING BAGS; SLEEPING BAG PADS; SLEEPING BAG LINERS; SACKS FOR CARRYING AND STORING SLEEPING BAGS; NON-METAL TENT POLES AND TENT STAKES, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FIRST USE 1-25-1989; IN COMMERCE 1-25-1989.

FOR: HYDRATION PACKS, NAMELY, HYDRA-TION SYSTEM CONSISTING OF A RESERVOIR AND A MOUTHPIECE CONNECTED TO THE RE-SERVOIR BY A TUBE, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 1-25-1989; IN COMMERCE 1-25-1989.

FOR: TENTS; TENT ACCESSORIES, NAMELY, TENT STORAGE BAGS, RAIN FLIES, VINYL GROUND CLOTHS, TENT POLE STORAGE SACKS, AND GEAR LOFT PLATFORMS USED FOR STO-RAGE, IN CLASS 22 (U.S. CLS. 1, 2, 7, 19, 22, 42 AND 50).

FIRST USE 1-25-1989; IN COMMERCE 1-25-1989.

FOR: CLOTHING, NAMELY, MEN'S, WOMEN'S, AND CHILDREN'S T-SHIRTS, SHIRTS, TOPS, SWEATSHIRTS, SWEATPANTS, PANTS, SIDE ZIP PANTS, SHORTS, TROUSERS, JEANS, VESTS, PAR-KAS, ANORAKS, COATS, JACKETS, WIND-RESIS-TANT JACKETS, JACKET HOODS, PULLOVERS, SWEATERS, COVERALLS, UNDERWEAR, THER-MAL UNDERWEAR, BOXER BRIEFS, SLEEPWEAR, LINGERIE, LOUNGEWEAR, HOSIERY, SOCKS,

39

Int. Cl.: 18, 20, 22, 25

Prior U.S. Cl.: 3, 22, 39

## United States Patent Office

Reg. No. 1,030,071
Registered Jan. 13, 1976

## TRADEMARK
### Principal Register



The North Face (California corporation)
1234 5th St.
Berkeley, Calif.   94710

For: BACKPACKS, in CLASS 18 (U.S. CL. 3).

For: SLEEPING BAGS, in CLASS 20 (U.S. CL. 22).

For: TENTS, in CLASS 22 (U.S. CL. 22).

For: CAMPING CLOTHING—N A M E L Y, RAIN-WEAR, PARKAS, VESTS, T R O U S E R S, SHOES, GLOVES, HEADGEAR AND S N O W S H O E S—in CLASS 25 (U.S. CL. 39).

First use June 1968; in commerce Mar. 10, 1969.

Ser. No. 19,714, filed Apr. 25, 1974.

M. J. LEAHY, Examiner

40

Int. Cls.: 18, 20, 22 and 25

Prior U.S. Cls.: 1, 2, 3, 7, 13, 19, 22, 25, 32, 39, 41, 42 and 50

**United States Patent and Trademark Office**    Reg. No. 2,897,197
Registered Oct. 26, 2004

## TRADEMARK
### PRINCIPAL REGISTER

# NEVER STOP EXPLORING

NORTH FACE APPAREL CORP., THE (DELA-WARE CORPORATION)
3411 SILVERSIDE RD
WILMINGTON, DE 19810

FOR: BACKPACKS, LUGGAGE, DUFFEL BAGS, WAIST PACKS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 1-0-1997; IN COMMERCE 1-0-1997.

FOR: SLEEPING BAGS, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FIRST USE 1-0-1997; IN COMMERCE 1-0-1997.

FOR: TENTS, IN CLASS 22 (U.S. CLS. 1, 2, 7, 19, 22, 42 AND 50).

FIRST USE 1-0-1997; IN COMMERCE 1-0-1997.

FOR: CLOTHING, NAMELY, T-SHIRTS. TOPS, SHORTS, SWEATSHIRT, SWEATERS, PANTS, JACKETS, VESTS, ANORAKS, SKI SUITS, SKI JACK-ETS, SKI VESTS, RAIN JACKETS, AND RAIN PANTS, FOOTWEAR AND HEADWEAR, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 1-0-1997; IN COMMERCE 1-0-1997.

SER. NO. 78-250,061, FILED 5-15-2003.

ODESSA BIBBINS, EXAMINING ATTORNEY

41

Int. Cl.: 35

Prior U.S. Cls.: 100, 101, and 102

## United States Patent and Trademark Office

Reg. No. 3,294,604

Registered Sep. 18, 2007

### SERVICE MARK
### PRINCIPAL REGISTER

# THE NORTH FACE

THE NORTH FACE APPAREL CORP. (DELA-WARE CORPORATION)
3411 SILVERSIDE RD.
WILMINGTON, DE 19810

FOR: RETAIL STORE, MAIL ORDER, AND DIS-TRIBUTORSHIP SERVICES IN THE FIELDS OF CAMPING AND OUTDOOR GEAR, BOOKS, FOOD, HARDWARE AND SPORTS EQUIPMENT, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 0-0-1966; IN COMMERCE 0-0-1966.

THE MARK CONSISTS OF STANDARD CHAR-ACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,300,758, 2,836,848, AND OTHERS.

SN 78-361,524, FILED 2-3-2004.

JENNIFER KRISP, EXAMINING ATTORNEY

# Exhibit D



## CAVALIER INC

431 EAST 16TH STREET
LOS ANGELES, CA 90015
TEL: 213 741 1722

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/1/2012 | 1710 |

**Bill To**
Hamricks
742 Peachold Rd
Gaffney SC 29341

**Ship To**
Hamricks
5 Winston Salem
742 Peachold Rd
Gaffney, SC 29341

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| 332409 | Net 60 | AD | 6/1/2012 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 48 | NF Jacket | The North Face Jacket | 11.95 | 573.60 |

This invoice is assigned to, owned by, and payable only to:

**ASIANA CAPITAL, INC,**
**P.O. BOX 76327**
**LOS ANGELES, CA 90076**

To whom prompt notice must be given of any merchandise returns or claims. Payment made to any other party does not constitute valid payment of this invoice. Tel: 213.484.8900

JUN 06 2013

Please remit payment to Asiana Capital, Inc, P.O. Box 76237 , Los Angeles, CA 90076

| Total | $573.60 |
|-------|---------|



# CAVALIER INC

431 EAST 16TH STREET
LOS ANGELES, CA 90015
TEL: 213 741 1722

## Invoice

| Date | Invoice # |
|------|-----------|
| 6/1/2012 | 1712 |

**Bill To**
Hamricks
742 Peachold Rd
Gaffney SC 29341

**Ship To**
Hamricks
7 Greensboro
742 Peachold Rd
Gaffney, SC 29341

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| 332409 | Net 60 | AD | 6/1/2012 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|-----------|--------|
| 72 | NF Jacket | The North Face Jacket | 11.95 | 860.40 |

This invoice is assigned to, owned by, and payable only to:

**ASIANA CAPITAL, INC.**
**P.O. BOX 76327**
**LOS ANGELES, CA 90076**

To whom prompt notice must be given of any merchandise returns or claims. Payment made to any other party does not constitute valid payment of this invoice. This ILL484.8000

JUN 0 6 2012

Please remit payment to Asiana Capital, Inc, P.O. Box 76237 , Los Angeles, CA 90076

| Total | $860.80 |
|-------|---------|

1

44

# CAVALIER INC

431 EAST 16TH STREET
LOS ANGELES, CA 90015
TEL: 213 741 1722

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/1/2012 | 1718 |

**Bill To**

Hamricks
742 Peachold Rd
Gaffney SC 29341

**Ship To**

Hamricks
17 Burlington
742 Peachold Rd
Gaffney, SC 29341

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| 032409 | Net 60 | AD | 6/1/2012 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 48 | NF Jacket | The North Face Jacket | 11.95 | 573.60 |

This invoice is assigned to, owned by, and payable
only to:

**ASIANA CAPITAL, INC.**
**P.O. BOX 76327**
**LOS ANGELES, CA 90076**
To whom prompt notice must be given of any merchandise
returns or claims. Payment made to any other party does not
constitute valid payment of this invoice. Tel: 213.484.0000

JUN 0 6 2012

Please remit payment to Asiana Capital, Inc, P.O. Box 76237, Los Angeles, CA 90076

| Total | $573.60 |
|-------|---------|

45



## CAVALIER INC

431 EAST 16TH STREET
LOS ANGELES, CA 90015
TEL: 213 741 1722

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/1/2012 | 1715 |

**Bill To**
Hamricks
742 Peachold Rd
Gaffney SC 29341

**Ship To**
Hamricks
8 Asheville
742 Peachold Rd
Gaffney, SC 29341

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| 332409 | Net 60 | AD | 6/1/2012 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 72 | NF Jacket | The North Face Jacket | 11.95 | 860.40 |

This invoice is assigned to, owned by, and payable only to:

**ASIANA CAPITAL, INC.**
**P.O. BOX 76327**
**LOS ANGELES, CA 90076**

To whom prompt notice must be given of any merchandise returns or claims. Payment made to any other party does not constitute valid payment of this invoice. Tel: 213.484.8000

JUN 0 6 2012

Please remit payment to Asiana Capital, Inc, P.O. Box 76237, Los Angeles, CA 90076

**Total** $860.40

46

# CAVALIER INC

431 EAST 16TH STREET
LOS ANGELES, CA 90015
TEL: 213 741 1722

# Invoice

| Date | Invoice # |
|---|---|
| 6/1/2012 | 1714 |

**Bill To**

Hamricks
742 Peachold Rd
Gaffney SC 29341

**Ship To**

Hamricks
12 Hickory
742 Peachold Rd
Gaffney, SC 29341

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| 332409 | Net 60 | AD | 6/1/2012 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 72 | NF Jacket | The North Face Jacket | 11.95 | 860.40 |

This invoice is assigned to, owned by, and payable only to:

**ASIANA CAPITAL, INC.**
**P.O. BOX 76327**
**LOS ANGELES, CA 90076**
To whom prompt notice must be given of any merchandise returns or claims. Payment made to any other party does not constitute valid payment of this invoice. Tel: 213.484.0000

JUN 0 6 2012

| | Total | $860.40 |
|---|---|---|
| Please remit payment to Asiana Capital, Inc, P.O. Box 76237 , Los Angeles, CA 90076 | | |

47

# CAVALIER INC

431 EAST 16TH STREET
LOS ANGELES, CA 90015
TEL: 213 741 1722

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/1/2012 | 1717 |

**Bill To**

Hamricks
742 Peachoid Rd
Gaffney SC 29341

**Ship To**

Hamricks
16 Fayetteville
742 Peachoid Rd
Gaffney, SC 29341

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| 392409 | Net 60 | AD | 6/1/2012 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 48 | NF Jacket | The North Face Jacket | 11.95 | 573.60 |

> This invoice is assigned to, owned by, and payable only to:
> **ASIANA CAPITAL, INC.**
> **P.O. BOX 76327**
> **LOS ANGELES, CA 90076**
> To whom prompt notice must be given of any merchandise return or claims. Payment made to any other party does not constitute valid payment of this invoice. Tel: 213.484.8000

JUN 0 6 2012

Please remit payment to Asiana Capital, Inc, P.O. Box 76237 , Los Angeles, CA 90076

| Total | $573.60 |
|-------|---------|

48



# CAVALIER INC

431 EAST 16TH STREET
LOS ANGELES, CA 90015
TEL: 213 741 1722

# Invoice

| Date | Invoice # |
|---|---|
| 6/1/2012 | 1706 |

**Bill To**
Henricks
742 Peachold Rd
Gaffney SC 29341

**Ship To**
Henricks
1 Gaffney
742 Peachold Rd
Gaffney, SC 29341

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| 332409 | Net 60 | AD | 6/1/2012 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 96 | NF Jacket | The North Face Jacket | 11.95 | 1,147.20 |

This invoice is assigned to, owned by, and payable
only to:
**ASIANA CAPITAL, INC.**
**P.O. BOX 76327**
**LOS ANGELES, CA 90076**
To whom prompt notice must be given of any merchandise
return or claim. Payment made to any other party does not
constitute valid payment of this invoice. Tel: 213.484.6000

JUN 05 2012

Please remit payment to Asiana Capital, Inc, P.O. Box 76327, Los Angeles, CA 90076

| | |
|---|---|
| **Total** | $1,147.20 |



## CAVALIER INC
431 EAST 16TH STREET
LOS ANGELES, CA 90015
TEL: 213 741 1722

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/1/2012 | 1711 |

**Bill To**

Hamricks
742 Peachold Rd
Gaffney SC 29341

**Ship To**

Hamricks
6 Columbia
742 Peachold Rd
Gaffney, SC 29341

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| 332409 | Net 60 | AD | 6/1/2012 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 72 | NF Jacket | The North Face Jacket | 11.95 | 860.40 |

This invoice is assigned to, owned by, and payable only to:

**ASIANA CAPITAL, INC.**
**P.O. BOX 76327**
**LOS ANGELES, CA 90076**

To whose prompt notice must be given of any merchandise returns or claims. Payment made to any other party does not constitute valid payment of this invoice. Tel: 213.484.8200

JUN 0 6 2012

Please remit payment to Asiana Capital, Inc, P.O. Box 76237 , Los Angeles, CA 90076

| Total | $860.40 |
|-------|---------|

50

# CAVALIER INC

431 EAST 16TH STREET
LOS ANGELES, CA 90015
TEL: 213 741 1722

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/1/2012 | 1715 |

**Bill To**

Hamricks
742 Peachold Rd
Gaffney SC 29341

**Ship To**

Hamricks
14 Anderson
742 Peachold Rd
Gaffney, SC 29341

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| 332409 | Net 60 | AD | 6/1/2012 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 72 | NF Jacket | The North Face Jacket | 11.95 | 860.40 |

This invoice is assigned to, owned by, and payable
only for

## ASIANA CAPITAL, INC.
## P.O. BOX 76327
## LOS ANGELES, CA 90076

To whom prompt notice must be given of any merchandise
returns or claims. Payment made to any other party does not
constitute valid payment of this invoice. Tel: 213.484.8000

JUL 0 6 2012

JUN 8 6 2012

Please remit payment to Asiana Capital, Inc. P.O. Box 76237, Los Angeles, CA 90076

| Total | $860.40 |
|-------|---------|

51



## CAVALIER INC

431 EAST 16TH STREET
LOS ANGELES, CA 90015
TEL: 213 741 1722

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/1/2012 | 1715 |

**Bill To**
Hanricks
742 Peachold Rd
Gaffney SC 29341

**Ship To**
Hanricks
15 Florence
742 Peachold Rd
Gaffney, SC 29341

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| 332409 | Net 60 | AD | 6/1/2012 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 48 | NF Jacket | The North Face Jacket | 11.95 | 573.60 |

This invoice is assigned to, owned by, and payable
only to:
**ASIANA CAPITAL, INC.
P.O. BOX 76327
LOS ANGELES, CA 90076**
To whom prompt notice must be given of any merchandise
returns or claims. Payment made to any other party does not
constitute valid payment of this invoice. Tel: 213.484.0001

JUN 06 2012

Please remit payment to Asiana Capital, Inc, P.O. Box 76237 , Los Angeles, CA 90076

| Total | $573.60 |
|-------|---------|

# CAVALIER INC

431 EAST 16TH STREET
LOS ANGELES, CA 90015
TEL: 213 741 1722

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/1/2012 | 1709 |

| Bill To |
|---------|
| Hamricks<br>742 Peachold Rd<br>Gaffney SC 29341 |

| Ship To |
|---------|
| Hamricks<br>4 N Augusta<br>742 Peachold Rd<br>Gaffney, SC 29341 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| 332409 | Net 60 | AD | 6/1/2012 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 72 | NF Jacket | The North Face Jacket | 11.95 | 860.40 |

This invoice is assigned to, owned by, and payable only to:

**ASIANA CAPITAL, INC.**
**P.O. BOX 76327**
**LOS ANGELES, CA 90076**

To whom prompt notice must be given of any merchandise returns or claims. Payment made to any other party does not constitute valid payment of this invoice. Tel: 213.484.8000

JUN 06 2012

Please remit payment to Asiana Capital, Inc, P.O. Box 76237, Los Angeles, CA 90076

| Total | $860.40 |
|-------|---------|



# CAVALIER INC
431 EAST 16TH STREET
LOS ANGELES, CA 90015
TEL: 213 741 1722

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/1/2012 | 1708 |

**Bill To**
Hamricks
742 Peachold Rd
Gaffney SC 29341

**Ship To**
Hamricks
3 Greenville
742 Peachold Rd
Gaffney, SC 29341

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| 332409 | Net 60 | AD | 6/1/2012 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 48 | NF Jacket | The North Face Jacket | 11.95 | 573.60 |

This Invoice is assigned to, owned by, and payable
only to:

## ASIANA CAPITAL, INC.
P.O. BOX 76327
LOS ANGELES, CA 90076
To whom prompt notice must be given of any merchandise
returns or claims. Payment made to any other party does not
constitute valid payment of this invoice. Tel: 213.484.8000

JUN 0 5 2012

Please remit payment to Asiana Capital, Inc, P.O. Box 76237, Los Angeles, CA 90076

| Total | $573.60 |
|-------|---------|

54



# CAVALIER INC

431 EAST 16TH STREET
LOS ANGELES, CA 90015
TEL: 213 741 1722

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/1/2012 | 1707 |

**Bill To**

Hamricks
742 Peachoid Rd
Gaffney SC 29341

**Ship To**

Hamricks
2 Fort Mill
742 Peachoid Rd
Gaffney, SC 29341

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| 332409 | Net 60 | AD | 6/1/2012 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 48 | NF Jacket | The North Face Jacket | 11.95 | 573.60 |

> This invoice is assigned to, owned by, and payable only to:
>
> **ASIANA CAPITAL, INC.**
> **P.O. BOX 76327**
> **LOS ANGELES, CA 90076**
>
> To whom prompt notice must be given of any merchandise returns or claims. Payment made to any other party does not constitute valid payment of this invoice. Tel: 213.484.0000

JUN 0 6 2012

Please remit payment to Asiana Capital, Inc, P.O. Box 76237 , Los Angeles, CA 90076

| Total | $573.60 |
|-------|---------|



## CAVALIER INC

431 EAST 16TH STREET
LOS ANGELES, CA 90015
TEL: 213 741 1722

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/1/2012 | 1719 |

**Bill To**
Hamricks
742 Peachold Rd
Gaffney SC 29341

**Ship To**
Hamricks
18 Kingsport
742 Peachold Rd
Gaffney, SC 29341

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| 332409 | Net 60 | AD | 6/1/2012 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 72 | NF Jacket | The North Face Jacket | 11.95 | 860.40 |

> This invoice is assigned to, owned by, and payable only to:
> **ASIANA CAPITAL, INC.**
> **P.O. BOX 76327**
> **LOS ANGELES, CA 90076**
> To whom prompt notice must be given of any merchandise returns or claims. Payment made to any other party does not constitute valid payment of this invoice. Tel: 213.484.8000

JUN 0 6 2012

Please remit payment to Asiana Capital, Inc, P.O. Box 76237 , Los Angeles, CA 90076

| Total | $860.40 |
|-------|---------|

56



## CAVALIER INC

431 EAST 16TH STREET
LOS ANGELES, CA 90015
TEL: 213 741 1722

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/1/2012 | 1720 |

**Bill To**
Hanricks
742 Peachold Rd
Gaffney SC 29341

**Ship To**
Hanricks
19 Pt Oglethorpe
742 Peachold Rd
Gaffney, SC 29341

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| 332409 | Net 60 | AD | 6/1/2012 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 72 | NF Jacket | The North Face Jacket | 11.95 | 860.40 |

This invoice is assigned to, owned by, and payable only to

**ASIANA CAPITAL, INC.**
**P.O. BOX 76327**
**LOS ANGELES, CA 90076**

To whom prompt notice must be given of any merchandise returns or claims. Payment made to any other party does not constitute valid payment of this invoice. Tel: 213.484.8000

JUN 06 2012

Please remit payment to Asiana Capital, Inc, P.O. Box 76237 , Los Angeles, CA 90076

| Total | $860.40 |
|-------|---------|



## CAVALIER INC

431 EAST 16TH STREET
LOS ANGELES, CA 90015
TEL: 213 741 1722

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/1/2012 | 1721 |

**Bill To**
Hamricks
742 Peachold Rd
Gaffney SC 29341

**Ship To**
Hamricks
20 Ft Oglethorpe
742 Peachold Rd
Gaffney, SC 29341

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| 332409 | Net 60 | AD | 6/1/2012 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 48 | NF Jacket | The North Face Jacket | 11.95 | 573.60 |

This invoice is assigned to, owned by, and payable only to:

**ASIANA CAPITAL, INC.**
**P.O. BOX 76327**
**LOS ANGELES, CA 90076**
To whom prompt notice must be given of any merchandise returns or claims. Payment made to any other party does not constitute valid payment of this invoice. Tel: 213.484.2000

JUN 0 6 2012

Please remit payment to Asiana Capital, Inc, P.O. Box 76237, Los Angeles, CA 90076

| **Total** | $573.60 |
|-----------|---------|

58



## CAVALIER INC

431 EAST 16TH STREET
LOS ANGELES, CA 90015
TEL: 213 741 1722

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/1/2012 | 1729 |

**Bill To**
Hennicks
742 Penchold Rd
Gaffney SC 29341

**Ship To**
Hennicks
24 B Greenville
742 Penchold Rd
Gaffney, SC 29341

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| 332409 | Net 60 | AD | 6/1/2012 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 72 | NF Jacket | The North Face Jacket | 11.95 | 860.40 |

This invoice is assigned to, owned by, and payable only to:

**ASIANA CAPITAL, INC.**
**P.O. BOX 76327**
**LOS ANGELES, CA 90076**

To whom prompt notice must be given of any merchandise returns or claims. Payment made to any other party does not constitute valid payment of this invoice. Tel: 213.484.8000

JUN 0 6 2012

Please remit payment to Asiana Capital, Inc, P.O. Box 76237 , Los Angeles, CA 90076

| Total | $860.40 |
|-------|---------|

59

# CAVALIER INC
431 EAST 16TH STREET
LOS ANGELES, CA 90015
TEL: 213 741 1722

## Invoice

| Date | Invoice # |
|------|-----------|
| 6/1/2012 | 1721 |

| Bill To |
|---------|
| Hanricker |
| 742 Peachold Rd |
| Gaffney SC 29341 |

| Ship To |
|---------|
| Hanricks |
| 26 Myrtle Beach |
| 742 Peachold Rd |
| Gaffney, SC 29341 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| 332409 | Net 60 | AD | 6/1/2012 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 72 | NF Jacket | The North Face Jacket | 11.95 | 860.40 |

This Invoice is assigned to, owned by, and payable only to:

**ASIANA CAPITAL, INC.**
**P.O. BOX 76327**
**LOS ANGELES, CA 90076**

To whom prompt notice must be given of any merchandise returns or claims. Payment made to any other party does not constitute valid payment of this invoice. Tel: 213.464.3000

JUN 0 6 2012

| | Total | $860.40 |
|--|-------|---------|
| Please remit payment to Asiana Capital, Inc, P.O. Box 76237 , Los Angeles, CA 90076 | | |

60



## CAVALIER INC
431 EAST 16TH STREET
LOS ANGELES, CA 90015
TEL: 213 741 1722

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/1/2012 | 1725 |

**Bill To**
Heavicks
742 Peachold Rd
Gaffney SC 29341

**Ship To**
Heavicks
27 Roanoke
742 Peachold Rd
Gaffney, SC 29341

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| 332409 | Net 60 | AD | 6/1/2012 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 72 | NF Jacket | The North Face Jacket | 11.95 | 860.40 |

This invoice is assigned to, owned by, and payable only to:

**ASIANA CAPITAL, INC.**
**P.O. BOX 76327**
**LOS ANGELES, CA 90076**

To whom prompt notice must be given of any merchandise returns or claims. Payment made to any other party does not constitute valid payment of this invoice. Tel: 213.481.8000

JUN 0 6 2012

JUN 0 8 2012

Please remit payment to Asiana Capital, Inc, P.O. Box 76237, Los Angeles, CA 90076

| Total | $860.40 |
|-------|---------|



**CAVALIER INC**
431 EAST 16TH STREET
LOS ANGELES, CA 90015
TEL: 213 741 1722

**Invoice**

| Date | Invoice # |
|------|-----------|
| 6/1/2012 | 1725 |

**Bill To**
Hanricks
742 Peachold Rd
Gaffney SC 29341

**Ship To**
Hanricks
742 Peachold Rd
Gaffney, SC 29341

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| 332409 | Net 60 | AD | 6/1/2012 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 1,200 | NF Jacket | The North Face Jacket | 11.95 | 14,340.00 |

This invoice is assigned to, owned by, and payable only to:

**ASIANA CAPITAL, INC.**
**P.O. BOX 76327**
**LOS ANGELES, CA 90076**
To whom prompt notice must be given of any merchandise returns or claims. Payment made to any other party does not constitute valid payment of this invoice. Tel: 213.484.8000

JUN 0 8 2012

Please remit payment to Asiana Capital, Inc, P.O. Box 76237, Los Angeles, CA 90076

**Total** | $14,340.00

# CAVALIER INC

431 EAST 16TH STREET
LOS ANGELES, CA 90015
TEL: 213 741 1722

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/13/2012 | 1931 |

| Bill To |
|---------|
| Hamricks |
| 742 Peachold Rd |
| Gaffney SC 29341 |

| Ship To |
|---------|
| Hamricks |
| 742 Peachold Rd |
| Gaffney, SC 29341 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| 103623 | Net 60 | AD | 7/13/2012 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 2,400 | Cold Jack | Jacket | 11.95 | 28,680.00 |

This invoice is assigned to, owned by, and payable only for:

**ASIANA CAPITAL, INC.**
**P.O. BOX 76327**
**LOS ANGELES, CA 90076**

To whom prompt notice must be given of any merchandise returns or claims. Payment made to any other party does not constitute valid payment of this invoice. Tel: 213.484.8000

*(handwritten notes)* Returns
S/NF MF YQ
M Short @ 11.95      = 59.75
1 Short @ 11.95/4H

Inv. 100
Rec 400
Internal Shortages

JUL 2 3 2012

Please remit payment to Asiana Capital, Inc, P.O. Box 76327, Los Angeles, CA 90076

| | Total | $28,680.00 |

63

# CAVALIER INC

431 EAST 16TH STREET
LOS ANGELES, CA 90015
TEL: 213 741 1722

# Invoice

| Date | Invoice # |
|------|-----------|
| 8/24/2012 | 2089 |

**Bill To**

Hanricks
742 Peachold Rd
Gaffney SC 29341

**Ship To**

Hanricks
742 Peachold Rd
Gaffney, SC 29341

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| 3333026 | Net 60 | AD | 8/24/2012 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 2,856 | Cold Jack | Jacket | 13.00 | 37,128.00 |

This invoice is assigned to, owned by, and payable
only to:

**ASIANA CAPITAL, INC.**
**P.O. BOX 76327**
**LOS ANGELES, CA 90076**
To whom prompt notice must be given of any merchandise
returns or claims. Payment made to any other party does not
constitute valid payment of this invoice. Tel: 213.484.8000

Rec  S/NPAFXO
10 short @ 13    -130

det ⟨ PC @ 13.00
Vander damage allowance

SEP 0 4 2012

Please remit payment to Asiana Capital, Inc, P.O. Box 76237 , Los Angeles, CA 90076

| Total | $37,128.00 |
|-------|-----------|

64



# CAVALIER INC
431 EAST 16TH STREET
LOS ANGELES, CA 90015
TEL: 213 741 1722

## Invoice

| Date | Invoice # |
|------|-----------|
| 5/22/2012 | 1652 |

**Bill To**
Factory Connection
701 Railroad Avenue
Albertville, AL 35951
256.878.2866

**Ship To**
Factory Connection
701 Railroad Avenue
Albertville, AL 35951
256.878.2866

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| 51991 | Net 30 | AD | 5/22/2012 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 3,600 | NF Jacket | The North Face Jacket | 13.00 | 46,800.00 |

This invoice is assigned to, owned by, and payable only to:

**ASIANA CAPITAL, INC.**
**P.O. BOX 76327**
**LOS ANGELES, CA 90076**
To whom prompt notice must be given of any merchandise returns or claims. Payment made to any other party does not constitute valid payment of this invoice. Tel: 213.484.8000

MAY 2 9 2012

JUN 2 2 2012

Please remit payment to Asiana Capital, Inc. P.O. Box 76237 , Los Angeles, CA 90076

| Total | $46,800.00 |

# CAVALIER INC

431 EAST 16TH STREET
LOS ANGELES, CA 90015
TEL: 213 741 1722

JUL 17 2012

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/13/2012 | 1930 |

| Bill To | Ship To |
|---------|---------|
| Factory Connection<br>701 Railroad Avenue<br>Albertville, AL 35951<br>256.878.2866 | Factory Connection<br>701 Railroad Avenue<br>Albertville, AL 35951<br>256.878.2866 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| 54747 | Net 30 | AD | 7/13/2012 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| x2  2,400 | Cold Jack | Jacket | 13.00 | 31,200.00 |

This invoice is assigned to, owned by, and payable only to:

**ASIANA CAPITAL, INC.**
**P.O. BOX 76327**
**LOS ANGELES, CA 90076**

To whom prompt notice must be given of any merchandise returns or claims. Payment made to any other party does not constitute valid payment of this invoice. Tel: 213.484.8000

Please remit payment to Asiana Capital, Inc. P.O. Box 76237 , Los Angeles, CA 90076

| | |
|--|--|
| **Total** | $31,200.00 |

# CAVALIER INC

431 EAST 16TH STREET
LOS ANGELES, CA 90015
TEL: 213 741 1722



# Invoice

| Date | Invoice # |
|------|-----------|
| 8/3/2012 | 2048 |

**Bill To**

Your Call Apparel & Distribution Company
P.O. Box 574
Hudson WI 54016

**Ship To**

Your Call Apparel & Distribution
2013 O'neil Rd Ste A
Hudson WI 54016

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| 2902 | Net 30 | AD | 8/3/2012 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 864 | Cold Jack | Jacket | 15.00 | 12,960.00 |

This invoice is assigned to, owned by, and payable only to:

**ASIANA CAPITAL, INC.**
**P.O. BOX 76327**
**LOS ANGELES, CA 90076**

To whom prompt notice must be given of any merchandise returns or claims. Payment made to any other party does not constitute valid payment of this invoice. Tel: 213.484.8000

Rcvd 864
RESMAN 45
Pay for 819

Picked up on 5/31
last express

Please remit payment to Asiana Capital, Inc. P.O. Box 76237 , Los Angeles, CA 90076

| Total | $12,960.00 |
|-------|-----------|

67

# CAVALIER INC

431 EAST 16TH STREET
LOS ANGELES, CA 90015
TEL: 213 741 1722

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/22/2012 | 1861 |

| Bill To |
|---------|
| Your Call Apparel & Distribution Company<br>P.O. Box 574<br>Hudson WI 54016 |

| Ship To |
|---------|
| Your Call Apparel & Distribution<br>2013 O neil Rd Ste A<br>Hudson WI 54016 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| 2864 | Net 30 | AD | 6/22/2012 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 24 | Modern Culture Polo | Modern Culture Polo  Company 81 | 6.50 | 156.00 |

This invoice is assigned to, owned by, and payable only to:

**ASIANA CAPITAL, INC.**
**P.O. BOX 76327**
**LOS ANGELES, CA 90076**

To whom prompt notice must be given of any merchandise returns or claims. Payment made to any other party does not constitute valid payment of this invoice. Tel: 213.484.8000

Please remit payment to Asiana Capital, Inc, P.O. Box 76237 , Los Angeles, CA 90076

| Total | $156.00 |
|-------|---------|

# CAVALIER INC

431 EAST 16TH STREET
LOS ANGELES, CA 90015
TEL: 213 741 1722

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/19/2012 | 1849 |

| Bill To |
|---------|
| Your Call Apparel & Distribution Company<br>P.O. Box 574<br>Hudson WI 54016 |

| Ship To |
|---------|
| Your Call Apparel<br>2013 O nelll Rd Ste A<br>Hudson WI 54016 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| 2840 | Net 30 | AD | 6/19/2012 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 864 | NF Jacket | North Face Jacket | 15.00 | 12,960.00 |

This invoice is assigned to, owned by, and payable only to:

**ASIANA CAPITAL, INC.
P.O. BOX 76327
LOS ANGELES, CA 90076**

To whom prompt notice must be given of any merchandise returns or claims. Payment made to any other party does not constitute valid payment of this invoice. Tel: 213.484.8000

Please remit payment to Asiana Capital, Inc, P.O. Box 76237 , Los Angeles, CA 90076

| Total | $12,960.00 |
|-------|-----------|

# CAVALIER INC

431 EAST 16TH STREET
LOS ANGELES, CA 90015
TEL: 213 741 1722

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/22/2012 | 1654 |

**Bill To**

Your call Apparel & Distribution Company
P.O. Box 574
Hudson WI 54016

**Ship To**

Your call apparel & Distribution
2013 O'neil Rd Ste A
Hudson WI 54016

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| 2826 | Net 30 | AD | 5/22/2012 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 144 | NF Jacket | The North Face Jacket | 15.00 | 2,160.00 |

> This invoice is assigned to, owned by, and payable only to:
>
> **ASIANA CAPITAL, INC.**
> **P.O. BOX 76327**
> **LOS ANGELES, CA 90076**
>
> To whom prompt notice must be given of any merchandise returns or claims. Payment made to any other party does not constitute valid payment of this invoice. Tel: 213.484.8000

Please remit payment to Asiana Capital, Inc, P.O. Box 76237 , Los Angeles, CA 90076

| | Total | $2,160.00 |
|---|-------|-----------|

70

# CAVALIER INC

431 EAST 16TH STREET
LOS ANGELES, CA 90015
TEL: 213 741 1722

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/22/2012 | 1655 |

**Bill To**

Your Call Apparel & Distribution Company
P.O. Box 574
Hudson WI 54016

**Ship To**

Your Call Apparel
2013 O'Neil Rd SteA
Hudson WI 54016

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| Po 2822 | Net 30 | AD | 5/22/2012 | UPS | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 432 | NF Jacket | The North Face Jacket | 15.00 | 6,480.00 |

This invoice is assigned to, owned by, and payable only to:

**ASIANA CAPITAL, INC.
P.O. BOX 76327
LOS ANGELES, CA 90076**

To whom prompt notice must be given of any merchandise returns or claims. Payment made to any other party does not constitute valid payment of this invoice. Tel: 213.484.8000

Please remit payment to Asiana Capital, Inc, P.O. Box 76237 , Los Angeles, CA 90076

| | |
|---|---|
| **Total** | $6,480.00 |

71

# CAVALIER INC

431 EAST 16TH STREET
LOS ANGELES, CA 90015
TEL: 213 741 1722

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/22/2012 | 1651 |

**Bill To**

Your Call Apparel & Distribution Company
P.O. Box 574
Hudson WI 54016

**Ship To**

Your Call Apparel & Distribution CO LLC
2013 O'Nell Rd Ste A
Hudson WI 54016

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| 2804 | Net 30 | AD | 5/22/2012 | UPS | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 48 | Panyc boys shorts | Panyc boys plaid shorts 4-7 | 3.00 | 144.00 |

This invoice is assigned to, owned by, and payable only to:

**ASIANA CAPITAL, INC.**
**P.O. BOX 76327**
**LOS ANGELES, CA 90076**

To whom prompt notice must be given of any merchandise returns or claims. Payment made to any other party does not constitute valid payment of this invoice. Tel: 213.484.8000

Please remit payment to Asiana Capital, Inc, P.O. Box 76237 , Los Angeles, CA 90076

| Total | $144.00 |
|-------|---------|

72