# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE NORTH FACE APPAREL CORP., and VF OUTDOOR, INC.<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>EYAL ALLEN DAHAN, Individually and d/b/a CAVALIER, CAVALIER SPORTSWEAR, CAVALIER APPAREL, CAVALIER CLOSEOUTS, and LE CAVALIER JEANS & SPORTSWEAR; CAVALIER SPORTSWEAR, INC., a California corporation; CAVALIER CLOSEOUTS, INC., a California corporation, d/b/a CAVALIER, INC., CAVALIER SPORTS, INC., and CAVALIER APPAREL, INC.; FACTORY CONNECTION LLC, a Delaware company; YOUR CALL APPAREL & DISTRIBUTION COMPANY, LLC, a Wisconsin company; CHRISTOPHER J. DELAO, Individually; and DOES 3-10, inclusive,<br><br>　　　　　Defendants. | Case No: CV 13-4821 MMM (MANx)<br><br><br>CONSENT DECREE AND STIPULATED PERMANENT INJUNCTION |

　　　　Pursuant to a comprehensive settlement agreement between Plaintiff The North Face Apparel Corp., and Plaintiff VF Outdoor, Inc. ("Plaintiffs") and Your Call Apparel & Distribution Company, LLC, a Wisconsin corporation, and Christopher J. Delao, individually (collectively, "Your Call Apparel") which completely disposes of all claims by Plaintiffs against Your Call Apparel, the parties have stipulated to the entry of the following CONSENT DECREE AND STIPULATED PERMANENT INJUNCTION, and request that the Court approve of and enter same into the record. After considering the parties' proposal, the Court finds that the CONSENT DECREE AND STIPULATED PERMANENT INJUNCTION should be entered.

WHEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

1. Plaintiffs claim ownership of all right title and interest in and to the trademarks evidenced by U.S. Registration No. 983,624; U.S. Registration No. 2,097,715; U.S. Registration No. 3,538,773; U.S. Registration No. 1,030,071; U.S. Registration No. 2,897,197; and U.S. Registration No. 3,294,604 (collectively "The North Face Registered Trademarks").

2. Plaintiffs have alleged that The North Face Registered Trademarks have been infringed by Defendants' sale of fleece jackets bearing counterfeit versions of The North Face Registered Trademarks, but Your Call Apparel disputes any liability associated with Plaintiffs' allegations. This injunction is being entered by consent of the parties with respect to a comprehensive settlement agreement and shall not constitute an admission of liability by Your Call Apparel nor any finding of fact by the Court with respect to the allegations of the Complaint.

3. Your Call Apparel and its servants, employees, affiliates and agents are permanently enjoined from:

(a) manufacturing, importing, advertising, marketing, promoting, supplying, distributing, offering for sale, or selling any products, goods, merchandise or apparel bearing unauthorized, infringing, or counterfeit versions of one or more of The North Face Registered Trademarks or any other mark, designation or design element substantially similar or confusing thereto, including but not limited to any of Plaintiffs' registered trademarks.

(b) engaging in any other activity constituting unfair competition with Plaintiffs, or acts and practices that deceive consumers, the public, and/or trade, including without limitation, the use of designations and design elements associated with Plaintiffs; and

(c) engaging in any other activity that will cause the distinctiveness of The North Face Registered Trademarks to be diluted, tarnished, or blurred.

4. Any violation of this CONSENT DECREE AND STIPULATED PERMANENT INJUNCTION by Your Call Apparel shall entitle Plaintiffs to a presumption of further injunctive relief. This Court has and retains jurisdiction over the parties and of the action for consideration and disposition of any contempt motion and citation for violation of any terms of this CONSENT DECREE AND STIPULATED PERMANENT INJUNCTION.

CONSENTED TO BY THE PARTIES:

The undersigned parties hereby consent to the entry of the foregoing judgment, agree with its findings and to abide by its terms, and hereby waive any right of appeal therefrom.

| | |
|---|---|
| /s/ Stephen F. Shaw | /s/ Felicia A. Starr |
| Stephen F. Shaw (admitted pro hac vice) | Felicia A. Starr |
| WOMBLE CARLYLE SANDRIDGE & RICE, LLP | SKANE WILCOX LLP |
| 300 N. Greene St., Ste. 1900 | 1055 West 7th Street, Suite 1700 |
| Greensboro, NC 27401 | Los Angeles, California 90017 |
| Telephone:  336-574-8052 | Telephone: (213) 452-1200 |
| Facsimile:   336-574-4521 | Fax: (213) 452-1201 |
| E-Mail:       stshaw@wcsr.com | E-Mail:  fstarr@skanewilcox.com |
| *Attorneys for Plaintiffs The North Face Apparel Corp. and VF Outdoor, Inc.* | *Attorneys for Your Call Apparel & Distribution Co., LLC and Christopher J. Delao* |

SO ORDERED this the 18th day of June, 2014.

*[signature: Margaret M. Morrow]*
The Honorable Margaret M. Morrow
United States District Court Judge